**From:** █████████
**Subject:** Re: ████
**Date:** January 26, 2016 at 8:56 PM
**To:** Jeffrey Shed █████

Dr. Shield,

It is in my gmail, I will send it by my gmail right now.

Regards,

████

---

**From:** Jeffrey Shield █████
**Sent:** Tuesday, January 26, 2016 6:55 PM
**To:** █████
**Subject:** RE: ████

████,

Can you send me the email? I'm wondering if their might be a misinterpretation.

Thanks.

Jeff

Sent from my Verizon Wireless 4G LTE smartphone

-------- Original message --------
**From:** █████
**Date:** 03/17/2015 6:28 PM (GMT-06:00)
**To:** Jeffrey Shield
**Cc:** █████
**Subject:** ████

Dear Dr. Shield,

After talking to Dr █████ I concluded that it will be better if I focus on my research for this summer.

Regards,

████

Sent using CloudMagic<https://cloudmagic.com/k/d/mailapp?ct=ta&cv=6.0.6.1&pv=5.0.2>