

good, so you will work on it — 11:19 PM

Yes — 11:19 PM

😋 for you effort
your — 11:19 PM

Can you plan a sequence of tests to do, and experiments to follow so you can identify the response and process to get it, and then how you would use this to get the needed distribution with the help of ███.
talk with ██████ to plan the uniform samples and its testing.
Are you going for a week? — 11:24 PM

It seems I lost you again, I know it is hard to change old habits, but you really need to — 11:36 PM

the price of 180 liters liquid nitogen is 33$ — 2:35 PM

How long will it last (days), how many tests can you do (?) — 2:36 PM

before we used one tank for one months — 2:37 PM

if I do 2 hours experiment, everyday between 3-4 experiments — 2:39 PM

Order a tank, you owe me one ...
Have it put on my F&A — 2:40 PM

what do I owe? — 2:42 PM

you can fill it in! 😊 — 2:43 PM

When you are alone and feel like making a sweet connection, whatch this, it has a special warmth http://www.bilibili.com/video/av2473003/ — 7:57 PM

Friday, September 11, 2015

Boo! — 2:35 PM

when is dead line of paper? — 4:33 PM

The 10th! 😊 — 4:33 PM



Friday, September 11, 2015

Thanks for sending me work for the weekend! 😊    4:52 PM

You always do it very fast, I do think it takes much time from you. Is it true?
But still I am sorry
do not    4:54 PM

You always do it very fast, I do not think it takes much time from you    4:55 PM

Yes it does take a lot of time and concentration! But it is fun to do when the work is good
(a kiss also helps the process!)    4:56 PM

I think we passed it 9 months ago, that happened by mistake    5:00 PM