











The conversation after this mostly is in ▮. At the end, he told that he likes Madonna because she is calm, yet confidant, and free to express herself. He told that he likes it in the way Munch has captured her beauty. He sees a little of me in her, even though he liked the painting before he first saw me.