1/26/16

To:      & 3 more... >

Hi Guys,

Attached is the paper we prepared on printing grading using the extent of dark curing. Please send me your comments and corrections by Friday.

The paper was originally going to be with ███████ as the first author, but she simply seems not interested in participating in the creative process of the research and is not seriously working on getting us the stuff we need in a manner that at all makes sense as a research collaborator. It seems unreasonable to put her as the first author if she is not deserving of it. For now, I have left her as the first author, but we will need to reevaluate the author list based on contributions. Let me know if someone is missing from the list.

Please send me your comments either with track changes initiated, or mark them on a print copy and scan them for me. Since I have to put all the changes in the documents myself, I would rather not have to deal with format change.

Thanks,

New Book: ████████████████████