Important    May 6, 2016 at 4:10 PM

Proofing

To: ███

Thanks ███ for proofreading the ppt. And the picture you have is very appealing and inviting.

█████████████████████████████████████████████

Dr. ███, Professor

█████████████████████████████████████████████