June 20, 2016 at 9:07 AM

TA

To:

Hi █,

At this point the main office is not planning to support you this fall as a TA. This might change. Since I have no funds to put you on, would you try to pursue support from the tech transform you connected with last year.

Thanks,

█████████████████████████████████████████████████