● Tami Strickman Hansen

September 12, 2016 at 8:40 AM

Title IX

To:

Good morning

I hope you are well. Can you please call me at your convenience today? I will be in a meeting between 8:30 and 11:30. Thanks,

**Tami Strickman**
Institutional Equity and Compliance
University of Nebraska-Lincoln
321 Canfield Administration Building (Temporary location)
Lincoln, NE  68588-0437
402-472-3417
tami.strickman@unl.edu

The information in this email may be privileged and confidential, intended only for the use of the addressee(s) above.  Any unauthorized use or disclosure of this information is prohibited.  If you have received this email by mistake, please delete it and immediately contact the sender.