**Tami Strickman <tami.strickman@unl.edu>**                              9/14/16

please call me

To: ████████████████████████████████████████████████