**From:** Ben TERRY
**Subject:** Fwd: GRA needed
**Date:** June 30, 2016 at 5:32 PM
**To:**

FYI..

---------- Forwarded message ----------
From: **Ben TERRY**
Date: Thu, Jun 30, 2016 at 11:30 AM
Subject: GRA needed
To: Kath e H att

Kath e, can you p ease send th s announcement to a  our  ncom ng graduate students who may be  ook ng for a GRA?

**GRA Position (MS or PH.D.) available in the [Terry Research Lab](#)**

**Compensation:**

Stipend: $1,800/month

Full tuition and some benefits (including partial health)

**Skills that you will develop during the project include:** Medical system design and control, in vivo fluid mechanics on live animal models, particle image velocimetry, LabView programming, simple circuit design, solid modeling (Autocad Inventor) and 3D printing.

To apply, please send a **CV** and **letter of introduction** to Benjamin Terry (                      ).

Project Title: Development of a catheter-based delivery system for anti-inflammatory therapy of atherosclerosis

Project Description:

The primary goal of this work is to precisely deliver, both spatially and temporally, the anti-inflammatory drugs to the atherosclerotic plaque. In pursuit of this goal, a novel arterial catheter and fluid control system will be designed, developed and tested in parallel with the development of the anti-inflammatory drugs.

Following are the design requirements for the novel catheter: 1) It must be able to treat stenotic arteries with a lumen inner diameters as small as 1.5 mm; 2) It must deliver nanoparticles to the arterial wall at the stenosis; 3) It must avoid physical contact with the arterial wall to prevent trauma that could induce rupture of the stenosis; 4) It must maximize local therapeutic drug delivery and minimize the

amount of drug that is lost distally of the stenosis (i.e. prevent "washout" of the drug); 5) The catheter must be reusable, sterilizable and easily cleaned to prevent contamination between experiments and samples; and 6) The method of insertion, guidance, and navigation of the catheter to the stenosis location must be similar to traditional catheter placement for standard coronary artery therapies, e.g. coronary angioplasty. Additionally, the catheter system must deliver drug volumes between 1 and 5 mL over a delivery period of 1 to 5 min.

Background of project:

Acute coronary events (i.e. unstable angina, myocardial infarction and sudden cardiac death) affect more than 1,000,000 Americans each year and remain the leading cause of morbidity and mortality worldwide. Acute coronary events are the end result of progressive and chronic formation of high-risk (vulnerable) atherosclerotic plaques with propensity of rupture or erosion and subsequent formation of luminal thrombus. These culprit plaques are rarely diagnosed before an acute event. Our premise is that the early identification of high-risk plaque remains one of the most important challenges in the clinical management of atherosclerosis. Despite the fascinating advances in cardiovascular imaging over the last decade, there is increasing recognition that the identification of high-risk plaque morphology by itself cannot provide adequate diagnostic and prognostic information concerning the likelihood of an early plaque to progress to vulnerability and precipitate an acute cardiac event. Experimental and clinical studies from our group showed that the local biomechanical environment is in constant interplay with the vascular biology and plays a key role in the dynamic natural history of individual atherosclerotic plaques.

The objectives of this work are to understand the preceding local biomechanical milieu and plaque morphologic features that drive the natural history of early stage atherosclerotic plaques towards vulnerability, and evaluate local, plaque-specific approaches to treat those high-risk plaques at the early stages of their development. The central hypothesis of this work is that the combination of local biomechanical and biologic plaque features can have additive value in detecting the subpopulation of plaques that will eventually evolve to high-risk and culprit plaques. This combined biomechanical and morphological approach is expected to set the stage for the second hypothesis of our work, which is that targeted plaque treatment via catheter delivery of anti-inflammatory molecules can limit the severity of inflammation, stabilize the plaque, and thereby prevent acute disruption and luminal thrombosis. In the proposed research we will translate our group's extensive work on novel imaging and advances in understanding the pathophysiology in the porcine model of coronary atherosclerosis and the rabbit model of aortic plaque rupture and thrombosis, to diagnosis and local treatment of vulnerable plaques. Our previous milestones in the field will help our group to achieve rapid progress and success. Our long-term goal is to translate our innovative diagnostic and treatment

strategies in human clinical trials, but more research is needed before this is possible.

--
Benjam n S. Terry, Ph.D.
Ass stant Professor, Department of Mechan ca  and Mater a s Eng neer ng
Pr nc pa  Invest gator, Terry Research Laboratory (TRL)
Un vers ty of Nebraska, L nco n, NE 68588-0526
Webs te: www.un .edu/tr
Office: W317.4B Nebraska Ha
Phone: (402) 472-7595, Fax: (402) 472-1465
E-ma  : ■■■■■■■■


--
Benjam n S. Terry, Ph.D.
Ass stant Professor, Department of Mechan ca  and Mater a s Eng neer ng
Pr nc pa  Invest gator, Terry Research Laboratory (TRL)
Un vers ty of Nebraska, L nco n, NE 68588-0526
Webs te: www.un .edu/tr
Office: W317.4B Nebraska Ha
Phone: (402) 472-7595, Fax: (402) 472-1465
E-ma  : ■■■■■■■■