7/1/16

To:

## Dr. Terry

Dear ▮,

Dr. Terry has asked to talk with me this afternoon about your request to join his lab. It is a little strange that I find out from him and not from you.

Is there something I should know and how will this affect your plan to complete your project?

Thanks,

▮

*******************************************************
**********