**August 19, 2016**

**Dear Title 9 Correspondents:**

I have received and read your initial decision upon my case for the problem has happened between me and my former advisor ▓▓▓▓▓▓▓▓▓▓▓▓ as Respondent), I choose to have administrative resolution as I object the current IEC conclusion. I have listed my responses to your letter as follows:

1. In the first paragraph, the date of the sexual harassment is wrong and as I mentioned before it happened in Dec 2014 and not Dec 2015.
2. The statement kiss on the lips should be as" unwelcome kiss on the lips"
3. The list below is missing from the first paragraph which I have provided enough evidences for all of them.
    a. During the kissing he held my hands. I was shocked and he did not let me leave the room, and in the answer to my question on "Why did you do such a thing?", he started talking about love. Which I was afraid because he did not look normal.
    b. It seems that the request of the respondent from me to have my selfie as he was claiming he was thinking of me has been missed from the statement.
    c. The improper conversation about finding my similarity to a nude painting (in an improper conversation) of a painter (in his possession) is also missing from this paragraph.
    d. "You owe me one …" is the response of the respondent for buying liquid Nitrogen for his Lab, and his answer to "What do I owe?" was "You can fill it is ☺", which is also missing from the statement.
    e. The respondent intentionally sent not a romance movie link, but an improper movie having marriage betrayal, which was totally unacceptable.
    f. The respondent not only moved my name in my paper, but also ruined my professional reputation in from of my colleges and friends not only in the University of Nebraska, but also in another university in France named University of Rouen by humiliating me and downgrading my work in couple of emails.
    g. He told me several times in his office that "I want to hug you!", which I rejected them.
    ** As I have provided you with all the evidences in the emails, Skype conversations, and the recorded voice.

4. In the third IEC conclusion, I did not understand how the greater weight of evidence shows Respondent nudged me in a playful manner!
    When I was in his office alone, several times I asked him to stop kicking me and I moved my chair away to keep my distance to not to let him do it again, but he persisted to do it. They were not hard enough to break my leg, but they were hard enough to make me feel pain. During me and my husband meeting with Investigator Eric Fischer (UNL Police Investigator) in your meeting room, he suggested he can start criminal investigation on the Respondent, but we agreed to let the IEC office move forward first on my case.
5. In the fourth IEC conclusion I need to mention the followings:

    a. He has several times told me "I love you" which is totally different that of "like" that the Respondent claims. These are beside this fact that he has used the word "like" too.

    b. In the recorded voice I have provided to you, in the time 18:45 minutes the Respondent says: "I am atheist. I do not believe in God, but I believe in love. One of the things which is important to me is love."

    c. In the 21:45 minute of the record the Respondent reads a love poem from the famous ▇▇▇▇ (▇▇▇▇▇▇▇) in ▇▇▇: "▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇", which in here ▇▇▇▇ only means "Love" in ▇▇▇▇. And the poem can be translated by any neutral translator.

    d. In the 22nd minute of the record the Respondent said: "I believe in the beauty of love!"

    e. In the 25th minute of the record I asked him to stop, but the Respondent said: "You want something from me which is difficult! It is against my character. I want to be close to you!"

    f. In the 26th minute of the record, the Respondent said: "I cannot accept you do not want to be close to me and friend!"

    g. In the 28th minute I said: "If people do not want to live with each other, they can divorce, not betray!", and the Respondent said: "If they can, it does not mean they do or want!"

    h. In the 37th minute of the record, I said: "I want to be like other students!", but the Respondent says: "No! You have a certain character!"

    i. In the 40th minute of the record the Respondent says: "I want to have a relationship with you, because you have a potential!"

6. In the fifth IEC conclusion:

    a. Respondent wrote for me: "When you are alone and feel like making a sweet connection, watch this, it has a special warmth!", which clearly shows the intension of the Respondent and is provided in the Skype conversations I have provided.

    b. The movie was not only a romance movie, but also an improper movie sent to me intentionally to pursue me to have a relationship outside my marriage. A comment on it is recorded in the voice I have provided in the section 5-g of this response.

7. In the sixth IEC conclusion:

    a. I do not get how the greater weight of the evidence supports the Respondent's decision on moving my name to the second place and placing a person who only did at most 20% of the work, while I did at least 80% of the job (including 100% of writing, at least 80% of experiment and analysis) under the Respondent's supervision.

    b. I provided around 80 emails of communications between me and the Respondent while paper revisions were attached to them to IEC showing that I was the only person who was working on the paper and in all of the versions I was the first author.

    c. I have more evidence on my possession including the experiments results, graphs, documents and more emails to provide for IEC, but Investigator Tami Strickman told me that those emails are enough.

    d. I presented this paper as a poster in the PolyChar 2015 conference as a first author and having my co-worker (the person who Respondent put his name as the first author before submission) as the second author.
    e. The idea of the paper came from the good results I got in the research Lab, not the current first author.
    f. The paper needed a strong background of Chemistry, which I have it and the current first author did not have. I spent a lot of time to teach him the requirements.
    g. I suggested the "Express Polymer Letters Journal" as the best journal fitting this paper to be submitted in, which is clear in the emails I have provided.
    h. Dr. Nicolas Delpouve thanked me not the coworker: "Thank you very much for the work you performed and for having associated me to this paper" in response to the Respondent's email humiliating me and saying that I do not deserve to be first author!

*** The evidences I have mentioned and are provided to IEC clearly explains that how moving me from the first author to the second is the act of retaliation in response to reject the Respondent's sexual advances. The Respondent was taking advantage of my need to have at least a first author paper to graduate as a Ph.D. student.

8. In the recommendation made by IEC, I need to mention the followings:
The problem with the Respondent not only delayed my graduation date, but also decreased my speed in my research in my area of interest. His behavior made the study in Ph.D. degree very miserable for me which affected the whole aspects of my marriage and personal life. The stress and financial difficulty he put me through, as a sign of retaliation, made my life even harder. I do not believe that the tuition and fee waiver for 6 credit hours will bring my life to the time before the Respondent tried to take advantage of my fragile situation as an international woman graduate student, which is the only reason that I am degrading my dreams as a Ph.D. student to have M.Sc. which already I hold one from my former university.

9. I request the followings as the remedy:
    a. Punishment of the Respondent proportional to the mistakes and retaliations he has made totally, the position as a professor, and as an employee of a prestigious university.
    b. An email from the Respondent to all the people he has humiliated me in front of them (with my revision), to make up all the humiliations and ruining my reputation in front of my colleges and friends.
    c. Publishing my paper having me as the first author in the same journal it was going to be published in (Polymer Express Letters Journal).
    d. Helping me with the financial support for the Spring 2017 semester.

I again really appreciate all your efforts and concerns regarding to case.

Regards,

Mechanical and Materials Engineering Department
University of Nebraska-Lincoln