**To:** Judy Walker
Interim Associate Vice Chancellor for Faculty Affairs
University of Nebraska -- Lincoln

**From:** Ad Hoc Committee
Michael Nastasi, Mechanical and Materials Engineering, UNL
Eli Sutter, Mechanical and Materials Engineering, UNL
Kamlakar Rajurkar, Mechanical and Materials Engineering, UNL

**Subject:** Authorship Dispute

**Date:** 3 October 2016

The Ad Hoc Committee was given the following charge: ▓▓▓▓▓▓ (current graduate student enrolled in the MS in Mechanical Engineering and Applied Mechanics degree program) alleges that she was inappropriately moved from first author to second author on the paper, "▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓" by her former faculty advisor, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓. We were asked to make an assessment of whether or not there is substantial technical reason for ▓▓▓▓▓▓▓ to be moved from first author to second author on the paper.

To make this assessment, the Committee was asked to consider efforts made by the authors (particularly ▓▓▓▓▓▓▓▓, ▓▓▓▓▓▓, and ▓▓▓▓▓▓▓▓) in each of the four following aspects of bringing research findings to publication: (1) generation of ideas, (2) financial support of the research, (3) accomplishment of the research work, and (4) writing/publishing the research results.

Each member of the Ad Hoc Committee met individually with ▓▓▓▓▓▓▓▓, ▓▓▓▓▓▓, and ▓▓▓▓▓▓▓▓. The Ad Hoc committee then met as a group on September 28, 2016 to discuss their observations and findings based on their interviews of the 3 authors in question as well as additional written documents, i.e. e-mail and earlier versions of the manuscript.

The consensus of the Ad Hoc Committee, based on an evaluation of the four aspects considered, was that the rank order of critical contributions to the science generated to produce this paper is as follows:
1. ▓▓▓▓▓▓▓▓
2. ▓▓▓▓▓▓
3. ▓▓▓▓▓▓▓▓

In examining the Vancouver Protocol
http://www.boku.ac.at/fileadmin/data/H04000/H16900/CDR_Authorship_Guidelines_20100614.pdf), which is internationally recognized as the standard for determining authorship on

publications, the most accepted and the logical order of authorship is that the order should be based on the relative contribution: the one with the maximum contribution should lead the list while the one with the least input should bring up the rear. If this work had been generated outside of the University (e.g., at a National Laboratory), where the author ordered would be based solely contribution, ▮▮▮ would be first author of this paper. Given that the work was performed at the University where typically the last name author in the list is reserved for the advisor or the most senior colleague who oversaw the project in its entirety (i.e., ▮▮▮), then, the first author should be ▮▮▮..

The Vancouver protocol also addresses the important question of timeline for discussions of authorship credit in the case of collaborative research and suggests early enough discussions and clarifications by the adviser of the level of effort and contribution that would justify a certain level of credit. The Ad Hoc Committee believes that some confusion about authorship order in this work could have been avoided if early in the collaborative endeavor, the supervisor provided the student with information related to authorship, the meaning of authorship credit and order, and the importance of both the parties agreeing on what contributions will be expected of each collaborator for sustaining a given level of authorship credit. Based on the specific abilities the collaborators should discuss and agree on what contributions and efforts are required of both the parties to warrant authorship and to determine the order of authorship.