**From:** █████████████████████████████████████
**Subject:** Re: Author Order Dispute -- Resolution
**Date:** October 4, 2016 at 7:41 PM
**To:** Judy Walker judy.walker@unl.edu
**Cc:** ████████████████



Hello again Dr. Walker,

Thanks a lot for the feedback you provided me. I really appreciate all your time and efforts you put on my case. After reading the Ad Hoc Committee charges, I need to mention the following to clear the environment and the claims that they have finalized in:

1. Based on the first impressions that each of the members did show me during the interviews that I had with each one of them individually, I concluded that they understand the situation and they have studied the evidences I have provided. They were satisfied that there might be a personal problem or conflict happened between us, and they asked me, but as the department requested, I did not mention the actual reason that I am filling the complaint is related to a sexual harassment issue and retaliation. Even one of them suggested that can help to resolve the personal issue.

2. The committee did not provide the details on the Table 2 (Weighting the importance of each author's contribution to the article) in the link that they have provided, and the committee does not declare that how they got the conclusion.

3. It seems that the committee has not referred to the documents and evidences I have provided and directly has accepted everything that the other party has claimed. I need to mention the following that I faced during the meeting with Dr. Michael Nastasi:

   a. He mentioned that Dr. ███████ (the respondent) has claimed that he has provided the latest version of the paper that I have been as the first author, which was wrong and it was some versions before the final version. This means that the respondent tried to convince the committee that the paper has been changed a lot after that.

   b. The respondent has claimed that, the Figure 9. In the paper (AFM micrograph) is been proceed by ███████, which is incorrect and is another sign of this fact that he misused the trust of the committee. This figure is based on my samples. I had been trained to the AFM test, but the NCMN (Nebraska Center for Materials and Nanoscience) did not let me to do the test and one of the students in their Lab did the test which obviously was not ███████.

   c. Figure 11 (Flash DSC thermograms) was being claimed that was done by the respondent which was wrong, and he did not do the samples nor the DSC testing. This figure is the analysis on my samples again and I did the analysis in NCMN, but because the device was malfunctioning. So I made new samples again and the samples were given to one of the students in the University of Rouen to do the test and it can be found in the Acknowledgments of the paper.

4. If we put the facts we all have provided aside, the committee has mentioned about the authorship order in the university. But, they do not specify how Mr. ▮▮▮▮▮ has more rights than me on the paper.

   I hold two other degrees (B.Sc. and M.Sc.) in Polymers Engineering, and I was the person in the UNL team with this background, and I have been doing this paper since the beginning. I spent a lot of time on training ▮▮▮▮▮ on the basics of this area. I need to ask how the committee thinks he deserves more than me to be the first author.

5. I have presented and presented a conference paper based on this paper in PolyChar 2015 having my name as the first author. This is one of the other unseen evidences I have provided before.

6. I was the person suggested the "Express Polymer Letter Journal" as the best journal fitting this paper not anybody else. Which indicates that I have the knowledge on what I am doing in my research, not Mr. ▮.

7. The committee has mentioned that we needed to discuss about this issue in our research team much earlier. As I told them, I showed my discomfort with this ordering several times, but the respondent reacted very impolitely by using impolite words, and he asked me to leave his room. That was the point I realized that we cannot work things out between ourselves.

8. It seems that the committee has accepted the other party reasoning because I am an international student who maybe leaves soon, but a colleague will be around for several years and this may make conflict of interests for them, although I have provided much more evidence than the other party.

All the notes I mentioned in this claim are based on the tons of evidences I have provided in the past few months for at least two times, and it seems that all of them are ignored. They include:

- around 100 emails (I provided them last month),

- above 10 GB of raw data of my lab experiments, analysis on them, the outcome results,

  graphs, power points,

- the sketch of my paper,

- more than 30 versions of my paper, which I did 100% of it. And in all of them my name is

  first,

- the hard copy of my lab notes,

- the manual of printing machine (which I wrote),

- the details of experiments: FTIR, DSC, AFM, 3D printing, ...which shows how I did them.

- my conference poster (which I was first author in it), and they took a picture from that.

- the documents which show that the idea of the paper came from the good results I got in the research lab.

- I found "Express Polymer Letters Journal" as the best journal fitting this paper.

- the hard copy of the last two versions that my name was switched suddenly.

Based on the notes that I have provided on the committee decision, I request for a meeting including you, Dr. Wang, and the committee members, so the committee members can explain how they got into this conclusion and enlighten me with their reasoning. Thanks a lot.

Regards,
███████
Mechanical and Materials Engineering Department
University of Nebraska-Lincoln

[PDF attachment: ███████.pdf]

> On Oct 4, 2016, at 10:20 AM, Judy Walker <judy.walker@unl.edu> wrote:
>
> Dear Professor ███████, ███████, and ███████,
>
> Last month, I convened a special ad hoc committee of faculty in the Department of Mechanical and Materials Engineering to consider the dispute regarding author order on the paper "███████". The report of that committee, attached, finds that the order of the authors on this paper as submitted was correct: ███████ is rightfully listed as first author. I accept the recommendations of this report and consider the matter closed.
>
> Regards,
> Judy Walker
>
> ----------
> Judy Walker
> Aaron Douglas Professor of Mathematics
> Interim Associate Vice Chancellor for Faculty Affairs

University of Nebraska -- Lincoln
judy.walker@unl.edu

<Ad Hoc committee response final.docx>