

OFFICE OF INSTITUTIONAL EQUITY AND COMPLIANCE

**PERSONAL AND CONFIDENTIAL**

October 7, 2016

Sent via email:

Dear ,

This letter is to inform you of the outcome of the re-investigation into a complaint of retaliation you filed with our office. Specifically, you ("Complainant") alleged a male UNL faculty member ("Respondent") engaged in sexually harassing behavior directed toward you. You further alleged after you informed Respondent you did not welcome this type of behavior, Respondent changed the authorship on a project and moved your name from first author to second author.

In order to determine whether the Respondent engaged in retaliatory behavior, the standard of proof required is a greater weight of the evidence standard. The following four elements must be established to make an initial showing of retaliation. First, Complainant asserted rights protected under Title IX. Second, Respondent knew of the protected activity. Third, Respondent thereafter subjected Complainant to the adverse action. Fourth, there existed a causal connection between the protected activity and the adverse action. If a showing of retaliation is established, the investigating entity must then determine whether Respondent can articulate a legitimate, nondiscriminatory reason for the adverse action.

It is undisputed you filed a Title IX complaint with our office alleging Respondent engaged in sexually harassing behavior. Based upon the information obtained during the IEC investigation, we determined by the greater weight of the evidence Respondent engaged in sexually based behavior toward you. At the time of the sexually harassing behavior, you informed Respondent you did not welcome his behavior. Thereafter, Respondent listed you as second author.

Respondent responded to your retaliation allegation indicating he listed you as second author based upon your work quality and contribution to the project. In order to fully analyze Respondent's response, an ad hoc committee was convened to objectively analyze your work quality and contribution. The committee determined that your contribution to the project ranked third among the three authors. It is my understanding you were provided with a copy of the committee's report on October 4, 2016.

Based on the totality of the circumstances and the information obtained pursuant to this re-investigation, the greater weight of the evidence shows Respondent had a legitimate, nondiscriminatory reason to list you as second author. As such, Respondent did **not** engage in

retaliatory conduct against you. At this time, the matter is closed and no further action is necessary. If you have any additional questions or concerns, please feel free to contact me.

Sincere regards,

Tami Strickman
Interim Assistant to the Chancellor/Title IX Coordinator
Tami.strickman@unl.edu


cc: Marjorie Kostelnik, Interim Sr. VC of Academic Affairs
    Judy Walker, Interim Associate VC for Faculty Affairs