October 12, 2016 at 10:47 AM

Details

Re: IEC Retaliation Finding Letter

To: tami.strickman@unl.edu,   Cc: Marjorie Kostelnik,   Judy Walker

Hello Tami,

Thanks for your email. I read the email and I found a lot of my questions unanswered. The main ones are as follows:

How did the Ad Hoc Committee ended up with this issue? Are there any documents on how they got into this conclusion? I believe here should be a table explaining in detail how this conclusion is derived.
Based on what I have heard from one of the committee members, Dr. ▓▓▓ (Respondent) FALSLY (based on evidences I have provided it is clear.) has claimed that him and I ▓▓▓ have done some specific collaborations into this paper which is wrong and those parts are done by me and another person.

So, I need to ask about the process of Ad Hoc Committee conclusion and all the evidences effective regarding my case, as I should have access to them based on the Administrative Resolution Process, which I have not yet. As I assume, Dr. ▓▓▓ (Respondent) was given access to the documents I have provided, till now, I have not been granted to the evidences that other parties are sharing with you. I hope you understand that what this case means to me, and how it has affected my life during the past couple of years.

There are some other points that I should mention about the resolution later. As I asked Dr. Walker last week, I ask for a meeting with the Ad Hoc Committee members, you and Dr. Walker, so we can discuss and know how my case is going on, how Ad Hoc Committee got into this point, and what is the ground we are standing right now. I believe these types of decisions should be decided clearly and not behind the closed doors.

Thanks for your attention. Please let me know at your convenience.

Regards,

Mechanical and Materials Engineering Department
University of Nebraska-Lincoln