October 25, 2016 at 10:01 PM

Details

Re: administrative resolution

To: Judy Walker, Cc: Tami Strickman, Marjorie Kostelnik

Dear Dr. Walker,

Thanks a lot for all your time and efforts that you put on this case. I prefer to request for hearing. Please let me know. Thanks.

Best Regards,

Mechanical and Materials Engineering Department
University of Nebraska-Lincoln

See More from Judy Walker

---

Found in Inbox - UNL Mailbox

**Judy Walker**

October 25, 2016 at 10:16 PM

Details

Re: administrative resolution

To: , Cc: Tami Strickman, Marjorie Kostelnik

Dear

Thank you for your message. I'd like you to come in and meet with me so that we can discuss next steps. I will email my assistant shortly asking her to work with you to set something up.

Regards,
Judy Walker

------
Judy Walker
Aaron Douglas Professor of Mathematics
Interim Associate Vice Chancellor for Faculty Affairs
University of Nebraska -- Lincoln
judy.walker@unl.edu