November 4, 2016 at 4:12 PM

Re: administrative resolution
To: Judy Walker

Dear Dr. Walker,

I really appreciate your time and efforts on this case. I think that I need more time for thinking about your suggestions in our Tuesday (Nov 1st) meeting. Thanks.

Best Regards,

Mechanical and Materials Engineering Department
University of Nebraska-Lincoln

See More from Judy Walker

Found in Inbox -- UNL Mailbox

November 7, 2016 at 12:12 PM
Details

Judy Walker
Re: administrative resolution
To:   Cc: Marjorie Kostelnik,   Tami Strickman

Dear 

When we met on Tuesday, November 1 you indicated that you wanted to rethink whether requesting a formal hearing was in your best interests in light of the possible outcomes we discussed. As we discussed then, in fairness to all parties, this issue must be resolved in a timely manner. We agreed that you would confirm by Friday, November 4 whether you wanted to request a hearing, and that in the absence of such a confirmation no hearing would occur. Your message below does not have that confirmation and so this matter is closed.

Regards,
Judy Walker

---------
Judy Walker
Aaron Douglas Professor of Mathematics
Interim Associate Vice Chancellor for Faculty Affairs
University of Nebraska -- Lincoln
judy.walker@unl.edu