

March 7, 2017 at 2:18 PM

Details

Title IV Case

To: tami.strickman@unl.edu,  Cc: efischer3@unl.edu

Hello Tami,

I needed to talk to you for some issues. I think based on our agreement, Mr. ▉ was supposed to not to be in contact with me. But in the past weeks, he has started again to communicate with saying Hello with smile to me and expecting to answer and disturbing looks. As I feel really disturbed and unsafe because of this, I wanted to report this to you and ask for your help on it. Thanks for your time.

Regards,

Mechanical and Materials Engineering Department
University of Nebraska-Lincoln