**Tami Strickman**

Re: Title IV Case

To: , Cc: Eric Fischer

March 7, 2017 at 4:40 PM

Details

TS

,

Would you like to go over additional safety planning with investigator Fischer?

Regards,
Tami

See More from