|        |                                      |
|-------:|:-------------------------------------|
| From:  | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| Subject: | Re: Technology disclosure forms    |
| Date:  | June 12, 2017 at 11:39 AM            |
| To:    | tami.strickman@unl.edu               |

Dear Tami,

I have gone through the documents you sent to me. Right now, I do not feel comfortable to sign them, as I still do not consider the previous resolution about my case to have been fair. Therefore, I prefer to have more time to think about these documents and my options. Thanks.

Warm Regards,
▇▇▇▇▇▇▇▇▇▇
Mechanical and Materials Engineering Department
University of Nebraska-Lincoln

> On May 31, 2017, at 11:21 AM, Tami Strickman Hansen <tami.strickman@unl.edu> wrote:
>
> Good afternoon ,
>
> Attached please find forms related to the publication you previously worked on. Feel free to make any changes to your section and complete the highlighted portion. Once completed, please sign and date the documents and send me a scanned copy. Thanks so much.
>
> Regards,
> Tami
>
> ---
>
> <image001.png>   **Tami Strickman**
> *Assistant To The Chancellor/Title IX Coordinator*
> University of Nebraska–Lincoln
> Institutional Equity and Compliance
> ADMN 128, UNL, 68588-0437
> 402 472 3417
>
> <▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.docx><▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.pdf>