Mon, Sep 25, 2017, 6:06 PM

to

, me,

Thanks for looking into this.-