September 27, 2017 at 9:13 AM

Complain

To: tami.strickman@unl.edu

Dear Tami,

I recently received an email from Mr.  regarding a case in NUTech that has been rejected to be registered as a patent. I have communicated with you couple of months ago and I emphasized that I do not accept it with any means and I do not want this request to be followed up until the copy write dispute on the paper published with that research project is resolved and I was hoping that you have conveyed my message to him.

Besides, I was not expecting to receive any email or any further communication from this person as I can refer to my previous meetings and emails with your office in which, we agreed he will only communicate with me through your office. As this is not acceptable with me that he communicates with me directly, I consider this as a way to put me under pressure for some reasons to start a new way of communication. For the last time, I ask you to stop him from doing this irresponsible behavior and force him to only communicate with me with the ways agreed which means only and only by your office directly. I wish this is my last warning regarding this issue and I do not want to mention this problem another time in the future. I hope this will be solved before I am forced to take my case and reopen it outside the University (UNL).

Thanks,

**Warm Regards,**

**Mechanical and Materials Engineering Department**
**University of Nebraska-Lincoln**