| | |
|---|---|
| **From:** | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| **Sent:** | Thursday, September 28, 2017 6:09 AM |
| **To:** | tami.strickman@unl.edu |
| **Subject:** | Follow up |

Dear Tami,
<=r class="">
I just want to make sure that you have =eceived my yesterday (9/27/2017) email?

Warm Regards,
▮▮▮▮▮▮▮

Mechanical and Materials Engineering Department
U=iversity of Nebraska-Lincoln


=