to tami.strickman@unl.edu ▾    Wed, Mar 14, 2018, 9:34 AM    ☆    ↩    ⋮

Dear Tami,

It has come to my attention and I have witnesses that Mr. ████ 's student, ████████ is slandering me in conversations with other students. This action damages my professional image and my reputation, and is a direct consequence of the poor and unfair handling of the investigation, conducted by UNL's OEC, dealing with the sexual harassment I suffered from Mr. ████. Not only did Mr. ████ sexually harassed me, but he retaliated against me by appropriating and publishing my intellectual property without my permission by putting ████████ as a first author. Both the original sexual harassment investigation and the subsequent retaliation investigation were mishandled and resolved to the benefit of Mr. ████████ and to my disadvantage. I have been made a victim multiple times by Mr. ████████, by UNL's OEC, and by every other person who, ignorant of the real situation, has judged me, defamed me, and negatively affected my career. The clearer evidence of this being that I had to seek admission at a different educational institution, while Mr. ████████ being a sexual harasser, is allowed to remain a faculty member at UNL.

As the processing of my sexual harassment investigation and subsequent retaliation investigation were inadequate and unfair, and I obviously continue to suffer the consequences of such poor handling, I demand an official apology from UNL's OEC (and any other relevant individuals or groups) including all the information pertinent to my case that allows me to clear any doubts over my reputation. Shall I not see proper action from UNL's OEC in a timely manner, I will not hesitate to reach out to relevant media outlets with my witnesses to make public the abuse I have been enduring from UNL's OEC and I will reopen my case outside of UNL.


Regards,

████████████


...

[Message clipped]  View entire message

---

  **Tami Strickman** <tami.strickman@unl.edu>    Wed, Mar 14, 2018, 9:00 PM    ☆    ↩    ⋮
to me ▾

**Good morning** ████████

As you know, our office investigated the complaint you filed against the faculty member and closed the matter. As such, the matter has been resolved.

Regards,
Tami

    **Tami Strickman**
*Assistant To The Chancellor/Title IX Coordinator*