Dear UNL Chancellor,

I am describing my experience of sexual harassment at UNL by one of your faculty members, Dr. ███████████. I wanted to share with you first and hope to be considered seriously before I share it with media.

I was a PhD student, an international woman who came to this country to follow her dreams, I studied and worked hard with passion and determination in my life to study in my dream university as a PhD student. I was harassed by one of the Mechanical and Materials Engineering faculty members, Dr. ███████████. I reported his conduct to UNL Title IX office in 2016, and shared all of my evidences, including his emails, Skype conversations, his recorded voice, etc. at the time. However, after several months of communication with UNL Title IX, no sanction considered for him. They did not even inform me what was the outcome of their investigation! Because of the way that I was treated by UNL Title IX office and no sanction consideration on the harasser, I was the person who left the university with all of the dreams! Since, I did not want to see the person who harassed me every morning and afternoon in my work place, so I left.

      He was persistent in his sexual harassment misconduct, and his limited my ability to participate in or benefit from the institutional program or activity, and there was no sanction considered for his misconduct. I summarize some of Mr. ███████'s misconducts here that I provided the evidences for UNL Title IX office in 2016:

1. He kissed on my lips and he continued his request for kissing more later on his messages.
2. He requested me to provide him my selfie photo.
3. His improper conversation with me about finding my similarity to a nude painting (in an improper conversation) of a painter (in his possession).
4. He told me several times in the messages "You owe me one ...", and his answer to "What do I owe?" was "You can fill it is☺".
5. The respondent intentionally sent not a romance movie link, but an improper movie having marriage betrayal, which was totally unacceptable.
6. I provided around 80 emails of communications between me and the Respondent while my paper revisions were attached to them to IEC showing that I was the only person who was working on the paper and in all of the versions I was the first author. The evidences I have mentioned and are provided to IEC clearly explains that how moving me from the first author to the second is the act of retaliation in response to reject the Respondent's sexual advances. The Respondent was taking advantage of my need to have at least a first author paper to graduate as a Ph.D. student. He not only moved my name in my journal paper from first author to second author, but also ruined my professional reputation in from of my colleges and friends not only in the University of Nebraska, but also in another university in France named University of Rouen by humiliating me and downgrading my work in couple of emails.
   - UNL hold an Ad Hoc Committee from the faculties in the MME to decide about the authorship disputation, which was a clear conflict of interest. And they all voted against me and they were on ███████'s side, of course they were all friends in the same department!
7. He told me several times in his office that "I want to hug you!", which I rejected them.
8. He several times told me "I love you".

9. When I was in his office alone, several times I asked him to stop kicking me and I moved my chair away to keep my distance to not to let him do it again, but he persisted to do it.
10. In the recorded voice that I provided for Title IX office:
    - The Respondent says: "I am atheist. I do not believe in God, but I believe in love. One of the things which is important to me is love."
    - He reads a love poem from the famous ▮▮▮▮ poet (▮▮▮▮▮▮▮▮▮▮) in ▮▮▮▮: "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮", which in here ▮▮▮ only means "Love" in ▮▮▮▮. And the poem can be translated by any neutral translator.
    - The Respondent said: "I believe in the beauty of love!"
    - I asked him to stop, but the Respondent said: "You want something from me which is difficult! It is against my character. I want to be close to you!"
    - The Respondent said: "I cannot accept you do not want to be close to me and friend!".
    - I said: "I want to be like other students!", but the Respondent says: "No! You have a certain character!"
    - The Respondent says: "I want to have a relationship with you, because you have a potential!"

He shared a movie link with me and wrote for me: "When you are alone and feel like making a sweet connection, watch this, it has a special warmth!", which clearly showed the intension of the Respondent. The movie was not only a romance movie, but also an improper movie sent to me intentionally to pursue me to have a relationship outside my marriage.
Respondent decreased my speed in my research in my area of interest. His behavior made the study in Ph.D. degree very miserable for me which affected the whole aspects of my marriage and personal life. He stopped funding me to stress and put me in financial difficulty, as a sign of retaliation, made my life even harder.
Not only my requests as a remedy were not accepted by Title IX office, but also UNL did not considered any sanction for him! UNL only waived tuition and fee for 6 credit hours to move from Ph.D. to M.Sc. student and graduate. While it did not bring my life to the time before the Respondent tried to take advantage of my fragile situation as an international woman graduate student.
I requested for hearing at the time, but **Dr. Judy Walker** invited me to her office and asked me to change my mind because I will lose UNL support if I take the next step. She tried to scare me as an international student to change my mind and do not take the next step anymore! They closed this matter without proper explanation!

My UNL friends and I are extremely disappointed that the University did not consider any sanction on Mr. ▮▮▮▮▮ and their treating seemed more like an encouragement for a harasser to continue his unaccepted misconducts against other innocent women.
I hope that our requests are taken seriously, not for my sake because nothing can undo the damage Mr. ▮▮▮▮▮ inflicted on me, but for the sake of the girls and women that will encounter him and others like him in the future. We need your support to create a better and safer educational environment for all, where we can truly benefit and participate in our educational programs without fearing mistreatment.
Sincerely,
▮▮▮▮▮▮▮▮