UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE, | Case No. 4:2021-cv-03049 |
| Plaintiff, | Hon. John M. Gerrard |
| v. | |
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, and individuals TAMIKO STRICKMAN, SUSAN FOSTER, JUDY WALKER, and JOHN ROE, personally and in their official capacities, and OTHER UNIDENTIFIED DEFENDANTS, | |
| Defendants. | |

| | |
|---|---|
| Karen Truszkowski<br>TEMPERANCE LEGAL GROUP, PLLC<br>Attorney for Plaintiff<br>503 Mall Court #131<br>Lansing, MI 48912<br>(844) 534-2560 phone<br>(800)531-6527 fax<br>karen@temperancelegalgroup.com | Elizabeth K. Abdnour<br>ELIZABETH ABDNOUR LAW, PLLC<br>Attorney for Plaintiff<br>1100 W. Saginaw St., Ste. 4A-2<br>Lansing, MI 48915<br>(517) 292-0067 phone<br>(517) 709-7700 fax<br>elizabeth@abdnour.com |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff JANE DOE, by and through her attorneys, ELIZABETH ABDNOUR and KAREN TRUSZKOWSKI, hereby file this response to the Order to Show Cause dated 06/11/2021:

1. The within complaint was filed on 02/28/2021.

2. Since the filing of the complaint, Plaintiff's counsel reviewed the complaint with counsel for Defendants in order to determine if counsel for Defendants would be willing to accept service of the complaint.

3. Counsel for Defendants agreed to accept service if Counsel for Plaintiff agreed to narrow the allegations and the applicable defendants.

4. Counsel for Plaintiff agreed to remove certain allegations that Counsel for Defendant identified as time-barred by the applicable statute of limitations.

5. Counsel for Plaintiff agreed that several individually named defendants can be dismissed from the complaint.

6. Counsel for Plaintiff amended the complaint to remove the time-barred allegations and dismiss certain individually named defendants. Counsel for Plaintiff sent the amended complaint to Counsel for Defendants for review and is awaiting a response.

7. Counsel for Plaintiff is filing the amended complaint contemporaneously with this response.

Plaintiff's counsel respectfully requests that Plaintiff be allowed additional time to file waivers of service executed by defense counsel, and the Order to Show Cause be dismissed.

June 25, 2021				Respectfully submitted,

*/s/ Karen Truszkowski*
Karen Truszkowski (MI bar no. 56929)
TEMPERANCE LEGAL GROUP, PLLC
Attorney for Plaintiff
503 Mall Court #131
Lansing, MI 48912
(844) 534-2560 phone
(800)531-6527 fax
karen@temperancelegalgroup.com