IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE,<br><br>   Plaintiff,<br><br> vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA; and individuals TAMIKO STRICKMAN and JOHN ROE, individually and in their official capacities; and OTHER UNIDENTIFIED DEFENDANTS;<br><br><br>   Defendants. | **CASE NO. 4:21-CV-3049**<br><br><br>**MOTION TO DISMISS AND STRIKE** |

COME NOW Defendants—the Board of Regents of the University of Nebraska ("BRUN") and Tamiko Stickman ("Strickman"), individually and in her official capacity (collectively referred to as "Defendants")—by and through their attorneys of record, and hereby move the Court pursuant to FED. R. CIV. P. 12(b)(6) and 12(b)(1) to dismiss all claims asserted against them in Plaintiff's Second Amended Complaint. In the alternative, Defendants move the Court pursuant to FED. R. CIV. P. 12(f) to strike all claims that are based upon actions or inactions that accrued prior to February 28, 2017.

In support of their Motion, Defendants rely upon their Brief submitted contemporaneously herewith.

WHEREFORE, Defendants respectfully request the Court grant their Motion to Dismiss Plaintiff's Second Amended Complaint in its entirety and with prejudice. To the extent the Court does not dismiss any or all of the claims in the Second Amended Complaint, Defendants respectfully request that they strike all claims based upon actions or inactions that accrued prior to February 28, 2017.

Dated this 4th day of October, 2021.

Board of Regents of the University of Nebraska and Tami Strickman, individually and in her official capacity, Defendants

By:     /s/ Lily Amare
        Susan K. Sapp #19121
        Lily Amare #25735
        Cline Williams Wright
          Johnson & Oldfather, L.L.P.
        1900 U.S. Bank Building
        233 South13th Street
        Lincoln, NE 68508
        (402) 474-6900
        ssapp@clinewilliams.com
        lamare@clinewilliams.com

                AND

        Bren H. Chambers, #23150
        Associate General Counsel
        University of Nebraska
        3835 Holdrege Street
        Lincoln, NE 68583-0745
        402-472-1201
        bchambers@nebraska.edu

### CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this case as well as electronically transmitted.

Karen Truszkowski
TEMPERANCE LEGAL GROUP, PLLC
503 Mall Court #131
Lansing, MI 48912
karen@temperancelegalgroup.com

Elizabeth K. Abdnour
ELIZABETH ABDNOUR LAW, PLLC
1146 S. Washington Ave., Ste. D7
Lansing, MI 48910
elizabeth@abdnour.com

/s/ Lily Amare
Lily Amare

4833-2451-8141, v. 1