IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA; and<br>individuals TAMIKO STRICKMAN and JOHN ROE, individually and in their official capacities; and OTHER UNIDENTIFIED DEFENDANTS;<br><br>　　　　　　Defendants. | **CASE NO. 4:21-CV-3049**<br><br><br>**UNOPPOSED MOTION<br>FOR EXTENSION OF TIME** |

COME NOW Defendants Board of Regents of the University of Nebraska and Tamiko Strickman ("Defendants") by and through their undersigned counsel, and respectfully request that the deadline to file their Reply Brief in support of Motion to Dismiss and Strike be extended from November 15, 2021, to November 22, 2021 (one week extension). In support, counsel for Defendants has consulted with counsel for Plaintiff on November 11, 2021 and states that counsel for Plaintiff does not oppose this motion.

WHEREFORE, Defendants respectfully request that this Court extend the deadline to file their Reply Brief in support of Motion to Dismiss and Strike to November 22, 2021.

DATED this 11th day of November 2021.

        BOARD OF REGENTS OF THE
UNIVERSITY OF NEBRASKA and TAMIKO
STRICKMAN, Defendants.

By:   /s/ Lily Amare
Susan K. Sapp #19121
Lily Amare #25735
Cline Williams Wright
  Johnson & Oldfather, L.L.P.
1900 U.S. Bank Building
233 South 13th Street
Lincoln, NE 68508
(402) 474-6900
ssapp@clinewilliams.com
lamare@clinewilliams.com

AND

Bren H. Chambers, #23150
Associate General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
402-472-1201
bchambers@nebraska.edu

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this case as well as electronically transmitted.

| | |
|---|---|
| Karen Truszkowski<br>TEMPERANCE LEGAL GROUP, PLLC<br>503 Mall Court #131<br>Lansing, MI 48912<br>karen@temperancelegalgroup.com | Elizabeth K. Abdnour<br>ELIZABETH ABDNOUR LAW, PLLC<br>1146 S. Washington Ave., Ste. D7<br>Lansing, MI 48910<br>elizabeth@abdnour.com |

/s/ Lily Amare
Lily Amare

4888-6888-8323, v. 1