IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE,<br><br>              Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA; and<br>individuals TAMIKO STRICKMAN and JOHN ROE, individually and in their official capacities; and OTHER UNIDENTIFIED DEFENDANTS;<br><br>              Defendants. | **CASE NO. 4:21-CV-3049**<br><br>**MOTION TO STRIKE JURY DEMAND** |

COMES NOW Defendant Board of Regents of the University of Nebraska ("Defendant") by and through its undersigned counsel, and respectfully requests that the Court enter an Order striking Plaintiff's demand for a jury trial in the Second Amended Complaint on her remaining claim against BRUN that it violated Title IX, Count I of the Second Amended Complaint. In support of its Motion to Strike Plaintiff's Jury Demand, the Defendant relies upon its brief submitted contemporaneously herewith.

WHEREFORE, Defendant respectfully requests the Court grant its Motion to Strike Plaintiff's Jury Demand with respect to Count I of the Second Amended Complaint.

DATED this 21st day of June, 2022.

                                                BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA and TAMIKO STRICKMAN, Defendants.

By:   /s/ Lily Amare
        Susan K. Sapp #19121
        Lily Amare #25735
        Cline Williams Wright
         Johnson & Oldfather, L.L.P.
        1900 U.S. Bank Building
        233 South 13th Street
        Lincoln, NE 68508
        (402) 474-6900
        ssapp@clinewilliams.com
        lamare@clinewilliams.com

        AND

Bren H. Chambers, #23150
Associate General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
402-472-1201
bchambers@nebraska.edu

## CERTIFICATE OF SERVICE

      I hereby certify that on June 21, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this case as well as electronically transmitted.

| | |
|---|---|
| Karen Truszkowski<br>TEMPERANCE LEGAL GROUP, PLLC<br>503 Mall Court #131<br>Lansing, MI 48912<br>karen@temperancelegalgroup.com | Elizabeth K. Abdnour<br>ELIZABETH ABDNOUR LAW, PLLC<br>1146 S. Washington Ave., Ste. D7<br>Lansing, MI 48910<br>elizabeth@abdnour.com |

                                                /s/ Lily Amare
                                                Lily Amare

4862-5819-9077, v. 1