UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE,<br>Plaintiff,<br><br>v.<br><br>BOARD OF REGENTS OF THE<br>UNIVERSITY OF NEBRASKA; and<br>individuals TAMIKO STRICKMAN<br>and JOHN ROE, individually and in<br>their official capacities; and OTHER<br>UNIDENTIFIED DEFENDANTS;<br>Defendants. | Case No. 4:21-cv-3049<br><br>Hon. John M. Gerrard<br><br>Jury Demanded |

## PLAINTIFFS' EXPERT WITNESS LIST

Plaintiff Jane Doe, by and through her attorneys Temperance Legal Group, PLLC, and Elizabeth Abdnour Law, PLLC, hereby submits her expert witness list pursuant to Fed. R. Civ. P. 26(a)(2)(A).

1. Lin-Chi Wang, JD
   Wang Law, LLC
   Allentown, Pennsylvania
   (484) 340-6269

   Ms. Wang's testimony may include, without limitation, proper Title IX procedures required of federal funding recipients and whether UNL complied with those procedures with respect to Plaintiff's reports of Title IX violations.

2. Andrew Verzilli, MBA
   Verzilli Consulting Group, Inc.
   411 North Broad Street
   Lansdale, Pennsylvania 19446
   (215) 368-7797

   Mr. Verzilli's testimony may include, without limitation, economic analysis quantifying Plaintiff's lost earning capacity.

3. Frank Ochberg, MD
   4211 Okemos Road, Suite 6

Page **1** of **3**

    Okemos, Michigan 48864
    (517) 349-6333

    Dr. Ochberg's testimony may include, without limitation, the neurological and psychological effects of institutional trauma and betrayal on an individual.

4. Any necessary rebuttal witnesses.

Expert witness reports have been prepared and are being shared with counsel for Defendants today pursuant to the February 2, 2022, Case Progression Order. Experts' *curricula vitae* are being included as attachments to this filing pursuant to Neb. Civ. R. 16.2(a)(2)(E).

Plaintiff reserves the right to supplement this list as information about her claims and/or Defendants' defenses becomes known throughout the course of investigation and discovery.

Date: September 20, 2022    Respectfully submitted,

    *s/Elizabeth K. Abdnour*
    Elizabeth K. Abdnour
    Elizabeth Abdnour Law, PLLC
    1100 W. Saginaw Street, Suite 4A-2
    Lansing, Michigan 48915
    P: (517) 292-0067
    F: (517) 709-7700
    elizabeth@abdnour.com

    Karen Truszkowski
    Temperance Legal Group, PLLC
    503 Mall Court #131
    Lansing, Michigan 48912
    P: (844) 534-2560
    F: (800) 531-6527
    karen@temperancelegalgroup.com

    *Attorneys for Plaintiffs*

**PROOF OF SERVICE**

I hereby certify that on September 19, 2022, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

**s/ Elizabeth K. Abdnour**
ELIZABETH ABDNOUR LAW, PLLC
Attorney for Plaintiffs