# LIN-CHI WANG

linchi@wanglawllc.com ● 484-340-6269

## PROFESSIONAL EXPERIENCE

**WANG LAW, LLC,** Allentown, PA, October 2021 - present
*Founder and Attorney*
- Nationwide solo civil rights law practice focused on Title IX, Title VI, Title VII, and anti-discrimination compliance, policy and practice, consulting, training, investigations, and adjudications for schools and workplaces.
- Represent individuals who are involved in a school or workplace investigation.
- Confidential counseling for leaders and managers on complex decision-making related to anti-discrimination, sexual harassment, Title VI, Title VII, and/or Title IX matters.
- Approved sexual misconduct investigator for United Educators (UE)
- Speaking engagements:
    - Title IX Investigative Report Writing (October 2021)
    - Title IX Emergency Removal in the K-12 Environment (March 2022)
    - Demystifying the Title IX Process (March 2022)

**MUHLENBERG COLLEGE,** Allentown, PA, June 2018 – August 2021
*Director of Equity & Title IX Coordinator, and Associate Dean of Students*
- Led the Equity & Title IX office at the college in service of all faculty, staff, and students.
- Implemented and oversaw all efforts at the institution related to civil rights and equal opportunity compliance, including Title IX, working closely with the Vice President of Student Affairs, Provost, and Vice President of Human Resources.
- Enforced the institution's nondiscrimination policy in responding to reports and coordinating resolution processes of possible policy violations.
- Served as primary investigator and conducted prompt, unbiased, and equitable investigations of formal complaints made under the policy.
- Presented trainings and led education and awareness efforts related to protected category discrimination, sexual misconduct, intimate partner violence, and stalking for students, faculty, staff, and athletics.
- Co-coordinated Clery compliance with Director of Campus Safety/Chief of Police.
- Co-coordinated the bias education and response team with the Associate Provost of Faculty Diversity Initiatives.
- Assisted with crisis response as part of College's leadership team.
- Oversaw sexual and gender violence prevention efforts and supervised the Assistant Director of Prevention Education for sexual and gender violence.
- Drafted and facilitated approval process of the College's anti-discrimination policies and processes, including Title IX, in 2018-19.
- Professional trainings received:
    - ATIXA Civil Rights Investigator Training (2018)
    - National Association of College and University Attorneys Annual Conference (2018)
    - NACUA Title IX Coordinator Training (2019)
    - Cozen O'Connor Title IX Coordinator, Investigator, and Decision-Maker training (2020)
    - Clery Center: Clery Act Training Seminar (2020)
    - USD Center for Restorative Justice: Restorative Justice for Campus Sexual Harm Intensive Facilitator Training (2021)

**MICHIGAN STATE UNIVERSITY**, East Lansing, MI, March 2016 – June 2018
*Title IX & Equity Investigator*
- Conducted investigations and made findings of claims of sexual misconduct, relationship violence, stalking, sexual exploitation, discrimination or harassment based on a protected category, and retaliation involving students, faculty, staff, and third parties pursuant to the University's Relationship Violence and Sexual Misconduct and Anti-Discrimination policies.
- Developed and conducted trainings that enhanced equity, diversity, and inclusion efforts at the university and promoted better understanding of prohibited discrimination and harassment for students, faculty, administration, and employees at the university.
- Provided advice and expertise to the campus community on university policies governing civil rights, education, privacy, employment, and labor law.
- Worked collaboratively with campus partners in the Office of General Counsel, human resources, student conduct, campus police, Office of International Students and Scholars, Resource Center for Persons with Disabilities, university housing, and counseling and advocacy services to address incidents and discuss preventative programming.
- Professional trainings received:
    - Clery Act compliance (2016)
    - American Association for Access, Equity and Diversity Annual Conference (2016)
    - Sexual assault trauma-informed interviewing with Tom Tremblay (2017)
    - Neurobiology of sexual assault trauma with Dr. Rebecca Campbell (2017)
    - American Bar Association Labor and Employment Law Annual Conference (2018)

**WHITE SCHNEIDER, PC,** Okemos, MI, March 2014 – March 2016
*Associate Attorney*
- Represented clients in civil and criminal proceedings, primarily focused on labor and employment law, at administrative hearings, arbitrations, District Courts, Circuit Courts, the Michigan Court of Claims, and the Michigan Court of Appeals. Wrote memos, motions, briefs, and orally argued issues under Title VI, Title VII, ADA, and state discrimination laws; the Family Medical Leave Act; Freedom of Information Act; the National Labor Relations Act; and the following Michigan laws: Teachers' Tenure Act; the Public Employment Relations Act; the Revised School Code sections 1248 & 1249; Employment Security Act; Administrative Code.

**THE HONORABLE JUDGE CHARLES FILICE**, Lansing, MI, February 2013 – March 2014 *Judicial Law Clerk*
- Provided support to the Judge through serving as liaison between the Judge, attorneys, parties, law enforcement, and departments within the court; ensured an efficient flow of cases by effectively communicating with lawyers, court staff, members of agencies and the public and by thoroughly understanding all civil and criminal proceedings.
- Mediated in pro per landlord-tenant cases.

**LEGAL SERVICES OF EASTERN MICHIGAN**, Flint, MI, October – December 2012
*Advocate*
- Researched, drafted memos, and provided legal advice to indigent clients on a range of legal issues, including domestic relations, landlord-tenant, consumer, public benefits, and creditor-debtor laws.

**MICHIGAN STATE UNIVERSITY, COLLEGE OF LAW,LEGAL CLINIC**, East Lansing, MI, August 2011-May 2012
*Small Business & Non-Profit Student Clinician Attorney*

## LICENSURE

- State Bar of Michigan, Active member (P77014)
- Pennsylvania Bar Association, Active member (293001)

## EDUCATION

**MICHIGAN STATE UNIVERSITY COLLEGE OF LAW,** May 2012, Juris Doctor, *cum laude*, East Lansing, MI

**UNIVERSITY OF FLORIDA,** December 2006, Master of Music, Gainesville, FL

**UNIVERSITY OF MICHIGAN,** May 2004, Bachelor of Music, University Honors, Ann Arbor, MI