**Frank M. Ochberg, M.D**.

Clinical Professor of Psychiatry, Michigan State University
Formerly -
Associate Director, National Institute of Mental Health
Director, Michigan Department of Mental Health
Adjunct Professor of Criminal Justice, Michigan State University
Adjunct Professor of Journalism, Michigan State University
Examiner, American Board of Psychiatry

OFFICE:

Michigan Office: 4383 Maumee Dr.ive, Okemos, Michigan, 48864
Florida Office:  97652 Overseas Hwy, HH-1, Key Largo, FL 33037
Phone: 517-775-8320   email: ochberg@earthlink.net

EDUCATION:

| | | |
|---|---|---|
| Harvard University | A.B. cum laude | 1957 - 1961 |
| Johns Hopkins University | M.D. | 1961 - 1965 |
| USPHS Hospital SF Cal | Internship in Medicine & Surgery | 1965 - 1966 |
| Stanford University | Residency in Psychiatry | 1966 - 1969 |
| University of London | Fellowship Forensic Psychiatry | 1976 - 1977 |

EMPLOYMENT:

| | |
|---|---|
| National Institute of Mental Health | |
|     Regional Director; Division Director; Assoc. Director | 1969 - 1979 |
| Michigan Department of Mental Health | |
|     Director  (Cabinet Position) | 1979 - 1981 |
| Sisters of Mercy Health Corporation: St. Lawrence Hospital | |
|     Medical Director for Mental Health | 1981 - 1984 |
|     Founder and Director, Victimization Program | 1981 - 1984 |
| Private Practice of Psychiatry | 1981 - |

MEDICAL LICENSES:

Michigan (active)
California, Maryland, Washington DC (inactive)

MILITARY:

| | | |
|---|---|---|
| United States Public Health Service | Active Duty | 1965 - 1981 |
| | Reserve | 1981 - 1986 |

BOOKS EDITED:

| | |
|---|---|
| Violence and the Struggle for Existence (with Daniels and Gilula), | |
|     Little Brown and Company | 1970 |
| Victims of Terrorism (with Soskis),  Westview | 1982 |
| Posttraumatic Therapy and Victims of Violence, Brunner/Mazel | 1988 |

SCIENTIFIC AND LAY PUBLICATIONS:

Over 100 titles dealing with human time judgment (1963 - 1969), aggression, conflict and conflict resolution (1968 - ), community mental health (1970 - 1983), public policy (1973 - ), terrorism and hostage negotiations (1976 - ), victimization and traumatic stress, including "Stockholm Syndrome" (1982 - ), journalism and trauma (1994 - ).

EDITORIAL BOARDS:

| | |
|---|---|
| Brunner/Mazel Psychosocial Stress Series | 1985 |
| Journal of Family Psychotherapy | 1986 - 1991 |
| Journal of Traumatic Stress | 1988 - 1992 |

LISTINGS:   Who's Who in America
            Best Expert Witnesses in America

CONSULTANTSHIPS, COMMITTEES, TASK FORCES, ORGANIZATIONS:

| | | |
|---|---|---|
| American Psychiatric Association | | |
|    Committee on Violence | Member | 1969 - 1971 |
|    Task Force on Community Crisis | Chair | 1971 - 1973 |
|    Council on National Affairs | Member, Chair | 1973 - 1978 |
|    Committee on Women | Member | 1978 - 1983 |
|    Task Force on Victimization | Chair | 1983 - 1985 |
|    Committee to Revise PTSD | Member | 1985 - 1988 |
| Assn Research on Nervous & Mental Disease | Vice-President | 1972 |
| National Committee on Patients' Rights | Board Member | 1975 - 1977 |
| National Task Force on Disorders and Terrorism (US Dep't of Justice) | Member | 1975 - 1977 |
| Federal Bureau of Investigation | Consultant | 1976 - 2020 |
| London Metropolitan Police (Scotland Yard) | Consultant | 1976 - 1977 |
| National Security Council (counter-terrorism) | Liaison | 1978 - 1979 |
| U.S. Secret Service | Internal Advisor | 1978 |
| | Consultant | 1979 - 2014 |
| U.S. Air Force: Worldwide Briefing Mission on Terrorism and Hostage Negotiation | | 1978 |
| Int'l Society for Traumatic Stress Studies | Board Member | 1985 - 1986 |
| | Member | 1985 - |
| Michigan Victim Alliance | Med. Advisor | 1986 - 2015 |
| The Dart Foundation | Representative | 1991 - 2014 |
| Gift From Within (international PTSD nonprofit) | Founder | 1993 - |
| Critical Incident Analysis Group | Founder | 1993 - 2003 |
| American Red Cross | Volunteer | 1994 - 2009 |
| National Center for PTSD | Advisor | 1997 - 2006 |
| Louis August Jonas Foundation | Board Member | 1999 - 2004 |
| FBI School Shooter Symposium | Expert | 1999 |
| Columbine High School | Consultant | 1999 - 2002 |
| Dart Center for Journalism and Trauma | Founder | 2000 - |
| National Center for Victims of Crime | Board Member | 2000 - 2016 |
| Michigan Crime Victims Services Commission | Commissioner | 2006 - 2011 |
| Academy for Critical Incident Analysis | Founder | 2007 - |
| International Dialogue Initiative | Member | 2008 - |
| Honor For All | Medical Advisor | 2010 - |
| Service Women's Action Network | Board Member | 2012 - 2016 |
| Trust for Trauma Journalism | Trustee | 2017 - |

HONORS

| | |
|---|---|
| Golden Award of the Academy of Traumatology | 1998 |
| Law Enforcement Medal of the Sons of the American Revolution | 1999 |
| Shafer Award: National Organization for Victims Assistance | 2001 |
| Senior Fulbright Scholar (South Africa) | 2002 |
| Lifetime Achievement Award: Int'l Soc. Traumatic Stress Studies | 2003 |

January, 2021