UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE,<br>Plaintiff,<br><br>v.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA; and individuals TAMIKO STRICKMAN and JOHN ROE, individually and in their official capacities; and OTHER UNIDENTIFIED DEFENDANTS;<br>Defendants. | Case No. 4:21-cv-3049<br><br>Hon. John M. Gerrard<br><br>Jury Demanded |

## PROOF OF SERVICE

      I hereby certify that on September 19, 2022, I submitted copies of expert reports completed by Andrew Verzilli and Lin-Chi Wang to counsel of record for the Defendants in this matter at the contact information listed below via email only.

Susan K. Sapp, #19121
Lily Amare, #25735
CLINE WILLIAMS WRIGHT JOHNSON & OLDFATHER, L.L.P.
1900 U.S. Bank Building 233
South 13th Street Lincoln, Nebraska 68508
Telephone: (402) 474-6900
ssapp@clinewilliams.com
lamare@clinewilliams.com

Bren H. Chambers, #23150
Deputy General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
402-472-1201
bchambers@nebraska.edu

Date: September 19, 2022                    Respectfully submitted,

*s/Elizabeth K. Abdnour*
Elizabeth K. Abdnour
*Pro Hac Vice*
Elizabeth Abdnour Law, PLLC
1100 W. Saginaw Street, Suite 4A-2
Lansing, Michigan 48915
P: (517) 292-0067
F: (517) 709-7700
elizabeth@abdnour.com