IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA; and TAMIKO STRICKMAN and JOHN ROE, individually and in their official capacity; and OTHER UNIDENTIFIED DEFENDANTS<br><br>　　　　Defendant. | **CASE NO. 4:21-CV-3049**<br><br>**NOTICE TO TAKE DEPOSITION OF PLAINTIFF JANE DOE** |

To: 　Jane Doe, Plaintiff, by and through her attorneys of record Karen Truszkowski and Elizabeth K. Abdnour

　　　PLEASE TAKE NOTICE that counsel for Defendants, The Board of Regents of the University of Nebraska and Tamiko Strickman will take the deposition of Plaintiff Jane Doe, on Monday, December 12, 2022 at the office of Cline Williams Wright Johnson & Oldfather, L.L.P., 12910 Pierce St. #200, Omaha, NE 68144. The deposition will commence at 8:30 a.m., CT, and shall continue until complete. Such testimony shall be recorded by stenographic means and shall be preserved in a written transcript. The deposition will be recorded by a certified court reporter who is not otherwise interested in this matter and will be used for discovery and as evidence in the above-captioned matter.

　　　Dated this 23rd day of September, 2022.

BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA and TAMIKO STRICKMAN, Defendants.

By: /s/ Lily Amare
Susan K. Sapp #19121
Lily Amare #25735
Cline Williams Wright
 Johnson & Oldfather, L.L.P.
1900 U.S. Bank Building
233 South 13th Street
Lincoln, NE 68508
(402) 474-6900
ssapp@clinewilliams.com
lamare@clinewilliams.com

AND

Bren H. Chambers, #23150
Associate General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
402-472-1201
bchambers@nebraska.edu

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this case as well as electronically transmitted.

Karen Truszkowski
TEMPERANCE LEGAL GROUP, PLLC
503 Mall Court #131
Lansing, MI 48912
karen@temperancelegalgroup.com

Elizabeth K. Abdnour
ELIZABETH ABDNOUR LAW, PLLC
1146 S. Washington Ave., Ste. D7
Lansing, MI 48910
elizabeth@abdnour.com

/s/ Lily Amare
Lily Amare

4857-3977-6820, v. 1