IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE,<br><br>           Plaintiff,<br><br>v.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA; and individuals TAMIKO STRICKMAN and JOHN ROE, individually and in their official capacities; and OTHER UNIDENTIFIED DEFENDANTS;<br><br>           Defendants. | Case No. 4:20cv3036<br><br>**AFFIDAVIT OF LILY AMARE IN SUPPORT OF BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL** |

STATE OF NEBRASKA    )
                              ) ss.
COUNTY OF LANCASTER )

      I, Lily Amare, being first duly sworn upon oath, depose and state as follows:

      1.    I am over the age of 18 and competent in all respects to make this Affidavit. The facts contained herein are based upon my personal knowledge.

      2.    I am an attorney licensed to practice law in the State of Nebraska, and I am one of the counsel of record for Defendants Board of Regents of the University of Nebraska, ("BRUN") and Tamiko Strickman ("Ms. Strickman"), collectively "Defendants," in the above-captioned case.

      3.    This Affidavit is offered as evidence in support of Defendants' Brief in opposition to Plaintiff's Motion to Compel ("Brief").

      4.    On February 25, 2022, the Defendants provided their initial disclosures as required by Rule 26(a)(1), including documents, 920 pages, which were in the possession, custody, or control of the Defendants and which the Defendants may use to support their claims or defenses.

5. On April 11, 2022, the Plaintiff produced 136 pages of documents in response to Defendants' Requests for Production of Documents.

6. The Defendants are in the process of identifying additional documents in response to Plaintiff's Requests for Production of Documents, and plan on producing additional documents, including various audio recordings.

7. Susan Sapp, Lily Amare and Bren Chamber's primary offices are located in Lincoln, Nebraska. In order to accommodate the Plaintiff, the deposition is noticed to take place at Cline Williams' office located in Omaha, Nebraska.

8. The Cline Williams' office located in Omaha has a conference room where a six-feet distance between Plaintiff and the attorneys who will be attending the deposition can be maintained.

9. The distance between Cline Williams' office located in Omaha, Nebraska and the University of Nebraska—Lincoln is approximately 51.8 miles, which is approximately one hour drive one-way.

10. Attached hereto as Exhibit A is a true and correct copy of excerpts from Plaintiff's Answers to Interrogatories.

11. Attached hereto as Exhibit B is a true and correct copy of an email from Plaintiff's counsel on September 23, 2022.

12. Attached hereto as Exhibit C is a true and correct copy of a letter from Defendants' counsel dated October 3, 2022.

13. Attached hereto as Exhibit D is a true and correct copy of the Summary of Guidance for Minimizing the Impact of COVID-19 on Individual Persons, Communities, and Health Care Systems issued by US Department of Health and Human Services/Centers for Disease Control and Prevention, issued on August 19, 2022.

14. On October 26, 2022, I visited the Douglas County Health Department website at Douglas County Health Department - Home. According to the Douglas County Health Department website, the Douglas County COVID-19 Community Level is low. Attached hereto as Exhibit E is a true and correct copy of the webpage referenced in this paragraph converted into PDF.

15. If called as a witness to testify in regard to this matter, I would competently testify to each fact contained in this Affidavit.

FURTHER AFFIANT SAYETH NAUGHT.

*Lily Amare*
Lily Amare

SUBSCRIBED AND SWORN to before me by Lily Amare this 27th day of October, 2022.

GENERAL NOTARY - State of Nebraska
DEBRA A. LARSON
My Comm. Exp. January 10, 2026

_____
Notary Public

4895-3681-2091, v. 1