UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JANE DOE

    Plaintiff,

v.

BOARD OF REGENTS OF THE
UNIVERSITY OF NEBRASKA, and
individuals TAMIKO STRICKMAN, SUSAN
FOSTER, JUDY WALKER, JOHN ROE,
individually and in their official capacities,
and OTHER UNIDENTIFIED
DEFENDANTS;

    Defendants.

Case No. 4:21-DV-3049

Hon. John M. Gerrard

| Karen Truszkowski | Elizabeth K. Abdnour |
|---|---|
| TEMPERANCE LEGAL GROUP, PLLC | ELIZABETH ABDNOUR LAW, PLLC |
| Attorney for Plaintiff | Attorney for Plaintiff |
| 503 Mall Court #131 | 1100 W. Saginaw St., Ste. 4A-2 |
| Lansing, MI 48912 | Lansing, MI 48915 |
| (844) 534-2560 phone | (517) 292-0067 phone |
| (800)531-6527 fax | elizabeth@abdnour.com |
| karen@temperancelegalgroup.com | |

**PLAINTIFF ▮▮▮▮▮▮▮▮▮▮ RESPONSES TO DEFENDANT'S
FIRST SET OF INTERROGATORIES**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮

**EXHIBIT A**

1

is asked to contact counsel for Defendants to make such arrangements if (b) and (c) are not provided.

**ANSWER:**

Plaintiff objects to this interrogatory as overbroad and not reasonably calculated to lead to the discovery of admissible evidence. Pursuant to Note 2 above, Plaintiff's counsel will make arrangements with defense counsel to provide the relevant information.

**INTERROGATORY NO. 6:** Identify each physician or other medical care provider who has made any oral or written statements regarding whether or not there is a causal connection between the incidents at issue in this case and any of the Plaintiff's claimed injuries, impairments, illnesses, symptoms and/or pain and suffering. With respect to each person identified, please describe the specific statements regarding causation, including whether such statements were made orally or in writing.

**ANSWER:**

1. From 2004–October 2013 I was not living in the U.S. and did not have any physical or mental issues.

2. From October 2013–May 2014, I was in the U.S. as an F2 Visa holder, and I did not visit any doctors as far as I remember.

3. From May 2014–December 2014 (the first time I was harassed by MN), I was an F1 visa holder. I may have visited some doctors at UNL health center for basic visits like eyes or a cold.

**INTERROGATORY NO. 7:** Within the last ten years immediately preceding the date of this Interrogatory, if Plaintiff has been a patient, or received treatment from, a health care provider (e.g., hospital, medical clinic, therapist of any type, counselor, acupuncture, mental health care provider, or any type of health institution) for any mental illness or physical injuries, provide:

11

1. The name of such provider;
2. The address of such provider; and
3. The general nature of the treatment provided (or the condition for which you treated).

**ANSWER:**

1. You can ask for the documents from UNL health center. They have all the records. The Plaintiff will sign the necessary release to allow these records to be released.

███████████████████████████████████████████████████

██████████████

███████

█ ████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

█████████████████████████████████████

█ ████████████████████████████████████████████████

████████████████████████████████████

█ ████████████████████████████████████████████████

█████████████████████████████

█ ████████████████████████████████████████████

███████████████████████████████████████████████████

██

12

April 11, 2022

    Respectfully submitted,

    /s/ *Karen Truszkowski*

    _____

    Karen Truszkowski
    TEMPERANCE LEGAL GROUP, PLLC
    Attorney for Plaintiff
    503 Mall Court #131
    Lansing, MI 48912
    (844) 534-2560 phone
    (800)531-6527 fax
    karen@temperancelegalgroup.com

<u>Plaintiff's signature page to be provided under separate cover.</u>