IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JANE DOE,

      Plaintiff,

    v.

THE BOARD OF REGENTS OF THE
UNIVERSITY OF NEBRASKA; and
TAMIKO STRICKMAN and JOHN ROE,
individually and in their official
capacity; and OTHER UNIDENTIFIED
DEFENDANTS,

      Defendants.

**CASE NO. 4:21-CV-3049**

**SECOND AMENDED
NOTICE TO TAKE DEPOSITION OF
PLAINTIFF JANE DOE**

To:    Jane Doe, Plaintiff, by and through her attorneys of record Karen Truszkowski and Elizabeth K. Abdnour

      PLEASE TAKE NOTICE that counsel for Defendants, The Board of Regents of the University of Nebraska and Tamiko Strickman will take the deposition of Plaintiff Jane Doe, on Thursday, June 1, 2023. The deposition will commence at 9:00 a.m., CDT, and shall continue until complete. Such testimony shall be recorded by stenographic means and shall be preserved in a written transcript. The deposition will be recorded by a certified court reporter who is not otherwise interested in this matter and will be used for discovery and as evidence in the above-captioned matter. The deposition will convene utilizing video conferencing or Zoom.

      Dated this 9th day of May, 2023.

BOARD OF REGENTS OF THE
UNIVERSITY OF NEBRASKA and
TAMIKO STRICKMAN, Defendants.

By:   /s/ Lily Amare
       Susan K. Sapp #19121
       Lily Amare #25735
       Cline Williams Wright
        Johnson & Oldfather, L.L.P.
       1900 U.S. Bank Building
       233 South13th Street
       Lincoln, NE 68508
       (402) 474-6900
       ssapp@clinewilliams.com
       lamare@clinewilliams.com

          AND

       Bren H. Chambers, #23150
       Deputy General Counsel
       University of Nebraska
       3835 Holdrege Street
       Lincoln, NE 68583-0745
       402-472-1201
       bchambers@nebraska.edu

## CERTIFICATE OF SERVICE

       I hereby certify that on May 9, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this case as well as electronically transmitted.

| | |
|---|---|
| Karen Truszkowski | Elizabeth K. Abdnour |
| TEMPERANCE LEGAL GROUP, PLLC | ELIZABETH ABDNOUR LAW, PLLC |
| 503 Mall Court #131 | 1146 S. Washington Ave., Ste. D7 |
| Lansing, MI 48912 | Lansing, MI 48910 |
| karen@temperancelegalgroup.com | elizabeth@abdnour.com |

                              /s/ Lily Amare
                              Lily Amare

4863-7888-8034, v. 1