IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE,<br><br>      Plaintiff,<br><br>v.<br><br>THE BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA; and TAMIKO STRICKMAN and JOHN ROE, individually and in their official capacity; and OTHER UNIDENTIFIED DEFENDANTS,<br><br>      Defendants. | **CASE NO. 4:21-CV-3049**<br><br><br>**NOTICE TO TAKE DEPOSITION OF LIN-CHI WANG** |

To:    Jane Doe, Plaintiff, by and through her attorneys of record Karen Truszkowski and Elizabeth K. Abdnour

PLEASE TAKE NOTICE that counsel for Defendants, The Board of Regents of the University of Nebraska ("BRUN") and Tamiko Strickman ("Strickman") will take the deposition of Lin-Chi Wang, on Monday, June 12, 2023. The deposition will commence at 8:00 a.m., CDT, and shall continue until complete. Such testimony shall be recorded by stenographic means and shall be preserved in a written transcript. The deposition will be recorded by a certified court reporter who is not otherwise interested in this matter and will be used for discovery and as evidence in the above-captioned matter. The deposition will convene utilizing video conferencing or Zoom.

Dated this 9th day of May, 2023.

                         BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA and TAMIKO STRICKMAN, Defendants.

By:   /s/ Lily Amare
       Susan K. Sapp #19121
       Lily Amare #25735
       Cline Williams Wright
        Johnson & Oldfather, L.L.P.
       1900 U.S. Bank Building
       233 South 13th Street
       Lincoln, NE 68508
       (402) 474-6900
       ssapp@clinewilliams.com
       lamare@clinewilliams.com

       AND

Bren H. Chambers, #23150
Deputy General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
402-472-1201
bchambers@nebraska.edu

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 9, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this case as well as electronically transmitted.

| | |
|---|---|
| Karen Truszkowski<br>TEMPERANCE LEGAL GROUP, PLLC<br>503 Mall Court #131<br>Lansing, MI 48912<br>karen@temperancelegalgroup.com | Elizabeth K. Abdnour<br>ELIZABETH ABDNOUR LAW, PLLC<br>1146 S. Washington Ave., Ste. D7<br>Lansing, MI 48910<br>elizabeth@abdnour.com |

                                        /s/ Lily Amare
                                        Lily Amare

4864-9073-4646, v. 1