IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA; and individuals TAMIKO STRICKMAN and JOHN ROE, individually and in their official capacities; and OTHER UNIDENTIFIED DEFENDANTS;<br><br>        Defendants. | **CASE NO. 4:21-CV-3049**<br><br>**NOTICE OF SERVICE OF DEFENDANT'S SUPPLEMENTAL RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF** |

To: Jane Doe, Plaintiff, by and through her attorneys of record Karen Truszkowski and Elizabeth K. Abdnour

      COMES NOW the Defendant the Board of Regents of the University of Nebraska ("Board of Regents"), by and through its undersigned counsel, and states that on the 17th day of May, 2023 it caused BRUN's Supplemental Responses to Requests for Production of Documents to be served on Plaintiff by emailing the same to her counsel of record Karen Truszkowski (karen@temperancelegalgroup.com) and Elizabeth K. Abdnour (elizabeth@abdnour.com). Ms. Truszkowski and Ms. Abdnour have agreed to electronic service in accordance with Local Rule 5.4(b).

      Dated this 17th day of May, 2023.

                                                BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA and TAMIKO STRICKMAN, Defendants.

By:   /s/ Lily Amare
Susan K. Sapp #19121
Lily Amare #25735
Cline Williams Wright
  Johnson & Oldfather, L.L.P.
1900 U.S. Bank Building
233 South 13th Street
Lincoln, NE 68508
(402) 474-6900
ssapp@clinewilliams.com
lamare@clinewilliams.com

          AND

Bren H. Chambers, #23150
Deputy General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
402-472-1201
bchambers@nebraska.edu

## CERTIFICATE OF SERVICE

      I hereby certify that on May 17, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this case as well as electronically transmitted.

| | |
|---|---|
| Karen Truszkowski<br>TEMPERANCE LEGAL GROUP, PLLC<br>503 Mall Court #131<br>Lansing, MI 48912<br>karen@temperancelegalgroup.com | Elizabeth K. Abdnour<br>ELIZABETH ABDNOUR LAW, PLLC<br>1146 S. Washington Ave., Ste. D7<br>Lansing, MI 48910<br>elizabeth@abdnour.com |

                                                /s/ Lily Amare
                                                Lily Amare

4889-4781-4243, v. 1