UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

JANE DOE,                                             Case No. 4:21-CV-3049

    Plaintiff,                                      HON. JOHN M. GERRARD

v.

BOARD OF REGENTS OF THE
UNIVERSITY OF NEBRASKA, et al.

    Defendants.

_____/

## NOTICE OF CHANGE OF ADDRESS

Pursuant to Local Rule 1.3(e), I, Elizabeth Abdnour, notify the Court that my address has changed as listed below:

    Old address:    1100 W. Saginaw St., Suite 4A-2, Lansing, MI 48915

    New address:  500 E. Michigan Ave., Suite 130, Lansing, MI 48912

My telephone number remains the same.

Date:  June 6, 2023                                    Respectfully submitted,

                                                                 **s/Elizabeth K. Abdnour**
                                                                  Elizabeth K. Abdnour (P78203)
                                                                  Elizabeth Abdnour Law, PLLC
                                                                  Attorney for Plaintiff
                                                                  500 E. Michigan Ave., Ste. 130
                                                                  Lansing, MI 48912
                                                                  517-292-0067
                                                                  elizabeth@abdnour.com