IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA; and individuals TAMIKO STRICKMAN and JOHN ROE, individually and in their official capacities; and OTHER UNIDENTIFIED DEFENDANTS;<br><br>Defendants. | Case No. 4:21-cv-03049<br><br>**UNOPPOSED MOTION TO EXTEND DEADLINES** |

COME NOW Defendants Board of Regents of the University of Nebraska and Tamiko Strickman ("Defendants") by and through their undersigned counsel, and pursuant to the Court's Civil Case Management Practices, respectfully request the deadline to file a Motion to Exclude Testimony on Daubert and related grounds, dispositive motion, and Motion to Bifurcate be extended from September 8, 2023 to September 15, 2023. In support, Defendants need additional time to complete briefings. The enlargement of the time requested will not cause any undue hardship or prejudice to any party. Counsel for Defendants have consulted with counsel for Plaintiff on September 1, 2023, and state that counsel for Plaintiff does not oppose this motion.

WHEREFORE, Defendants respectfully request that this Court extend the deadlines to file the above-mentioned motions to September 15, 2023.

Dated this 5th day of September, 2023.

                BOARD OF REGENTS OF THE
                UNIVERSITY OF NEBRASKA and
                TAMIKO STRICKMAN, Defendants.

By:   /s/ Lily Amare
       Susan K. Sapp #19121
       Lily Amare #25735
       Cline Williams Wright
        Johnson & Oldfather, L.L.P.
       1900 U.S. Bank Building
       233 South 13th Street
       Lincoln, NE 68508
       (402) 474-6900
       ssapp@clinewilliams.com
       lamare@clinewilliams.com

                    and

       Bren H. Chambers, #23150
       Deputy General Counsel
       University of Nebraska
       3835 Holdrege Street
       Lincoln, NE 68583-0745
       402-472-1201
       bchambers@nebraska.edu

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 5, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this case.

                                              /s/ Lily Amare
                                              Lily Amare

4895-3551-4750, v. 1