IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA; and individuals TAMIKO STRICKMAN and JOHN ROE, individually and in their official capacities; and OTHER UNIDENTIFIED DEFENDANTS;<br><br>Defendants. | Case No. 4:21-cv-03049<br><br><br>**DEFENDANTS'**<br>**MOTION FOR SUMMARY JUDGMENT** |

COME NOW Defendants Board of Regents of the University of Nebraska ("BRUN"); and Tamiko Strickman ("Ms. Strickman"), collectively ("Defendants"), pursuant to Fed. R. Civ. P. 56 and Local Rules NECivR 7.1 and 56.1, and respectfully move the Court for summary judgment in their favor and against Plaintiff, for the reason that the pleadings and the evidence submitted show that there is no genuine dispute as to any material fact and that they are entitled to judgment as a matter of law.

In support of their Motion, Defendants rely on the Index of Evidence, Statement of Undisputed Material Facts, and Brief in Support of their Motion for Summary Judgment filed contemporaneously herewith.

WHEREFORE, Defendants respectfully request the Court grant their Motion for Summary Judgment and dismiss Plaintiff's Complaint in its entirety and with prejudice, including Plaintiff's claim of third-party rights or interest. Defendants also ask this Court to enter Final Judgment as there are no additional viable Defendants.

Dated this 15th day of September, 2023.

                    BOARD OF REGENTS OF THE
                    UNIVERSITY OF NEBRASKA and
                    TAMIKO STRICKMAN, Defendants.

By:  /s/ Lily Amare
      Susan K. Sapp #19121
      Lily Amare #25735
      Cline Williams Wright
       Johnson & Oldfather, L.L.P.
      1900 U.S. Bank Building
      233 South13th Street
      Lincoln, NE 68508
      (402) 474-6900
      ssapp@clinewilliams.com
      lamare@clinewilliams.com

      and

      Bren H. Chambers, #23150
      Deputy General Counsel
      University of Nebraska
      3835 Holdrege Street
      Lincoln, NE 68583-0745
      (402) 472-1201
      bchambers@nebraska.edu

## CERTIFICATE OF SERVICE

      I hereby certify that on September 15, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this case as well as electronically transmitted.

                    /s/ Lily Amare
                    Lily Amare

4856-1465-0239, v. 1