IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA; and individuals TAMIKO STRICKMAN and JOHN ROE, individually and in their official capacities; and OTHER UNIDENTIFIED DEFENDANTS;<br><br>    Defendants. | Case No. 4:21-cv-03049<br><br>**INDEX OF EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND MOTION TO EXCLUDE AND STRIKE EXPERTS** |

Defendants Board of Regents of the University of Nebraska ("BRUN"); and Tamiko Strickman ("Ms. Strickman"), collectively ("Defendants"), submit this Index of Evidence in support of their Motion for Summary Judgment and Motion to Exclude Expert Testimony and to Strike. Attached to this Index are true and correct copies of the following, to the extent the documents were not previously filed with this Court:

1. **Declaration of Dr. Lily Wang:**

   **Exhibit A:** Email communication on July 6, 2016, assigning management of Plaintiff's Graduate Student Application to Dr. Lily Wang, attaching the Graduate Student Application – Master of Science in Mechanical Engineering and Applied Mechanics, generated on July 5, 2016, being filed confidentially.

   **Exhibit B:** Plaintiff's Memorandum of Courses for the Master of Science in Mechanical Engineering and Applied Mechanics program, being filed confidentially.

   **Exhibit C:** UNL Graduate Academic Record (Transcript) of Plaintiff, being filed confidentially.

2. **Declaration of Tamiko Strickman ("Strickman"):**

   **Exhibit D:** Excerpt from Board of Regents Policies.

   **Exhibit E:** Student Code of Conduct, including Appendix A.

   **Exhibit F:** Letter from Strickman to John Roe on July 5, 2016, being filed confidentially.

   **Exhibit G:** Finding Letter from Strickman to Jane Doe, being filed confidentially.

   **Exhibit H:** Finding Letter from Strickman to John Roe, being filed confidentially.

   **Exhibit I:** Email exchange between Plaintiff, Strickman, and Officer Fischer on March 7, 2017, being filed confidentially.

   **Exhibit J:** Email exchange between Officer Eric Fischer and Strickman on March 10, 2017, being filed confidentially.

   **Exhibit K:** Email exchange between John Roe and Strickman in March of 2017, being filed confidentially.

   **Exhibit L:** Email exchange between Plaintiff and Strickman in September of 2017, being filed confidentially.

   **Exhibit M:** Email exchange between Strickman and John Roe in September of 2017, being filed confidentially.

3. **Declaration of Lily Amare:**

   **Exhibit N:** Excerpts from transcript of Plaintiff's Deposition, being filed confidentially.

   **Exhibit O:** Plaintiff's Graduate Admission Application to join Georgia Institute of Technology's Ph.D. program, being filed confidentially.

   **Exhibit P:** Plaintiff's Transcript from Georgia Institute of Technology, being filed confidentially.

   **Exhibit Q:** Plaintiff's Initial Mandatory Disclosures, being filed confidentially.

   **Exhibit R:** Plaintiff's Expert Designations, including attachments thereto.

**Exhibit S:**  Lin-Chi Wang's Expert Report, including attachments thereto, being filed confidentially.

**Exhibit T:**  Excerpts from transcript of Lin-Chi Wang's Deposition, being filed confidentially.

**Exhibit U:**  Andrew Verzilli's Report, including attachments thereto, being filed confidentially.

**Exhibit V:**  Excerpts from transcript of Andrew Verzilli's Deposition, being filed confidentially.

Dated this 15th day of September, 2023.

                        BOARD OF REGENTS OF THE
                        UNIVERSITY OF NEBRASKA and
                        TAMIKO STRICKMAN, Defendants.

By:  /s/ Lily Amare
Susan K. Sapp #19121
Lily Amare #25735
Cline Williams Wright
  Johnson & Oldfather, L.L.P.
1900 U.S. Bank Building
233 South 13th Street
Lincoln, NE 68508
(402) 474-6900
ssapp@clinewilliams.com
lamare@clinewilliams.com

              AND

Bren H. Chambers, #23150
Deputy General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
(402) 472-1201
bchambers@nebraska.edu

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 15, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this case as well as electronically transmitted.

                                            /s/ Lily Amare
                                            Lily Amare

4864-2438-0783, v. 1