IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE,<br><br>              Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA; and individuals TAMIKO STRICKMAN and JOHN ROE, individually and in their official capacities; and OTHER UNIDENTIFIED DEFENDANTS;<br><br>              Defendants. | Case No. 4:21-cv-03049<br><br>**DECLARATION OF DR. LILY WANG** |

I, Dr. Lily Wang, make this Declaration in lieu of an affidavit as permitted by 28 U.S.C. § 1746. I am aware that this Declaration will be filed in the United States District Court for the District of Nebraska and that it is the legal equivalent of a statement under oath.

1. I am over the age of 18 and competent in all respects to make this Declaration. The facts contained herein are based upon my personal knowledge.

2. I currently serve as the Director of Durham School of Architectural Engineering and Construction and Charles W. and Margre H. Durham Distinguished Professor at the University of Nebraska-Lincoln.

3. This Declaration is offered as evidence in support of Defendants' Motion for Summary Judgment and Motion to Exclude Plaintiff's Experts.

4. Jane Doe was a student at the University of Nebraska-Lincoln from summer of 2014 through August of 2017.

5. In June of 2016, Plaintiff began the process of switching her degree objective from Ph.D. to Master of Science program.

6. Sometime in June and early July of 2016, Plaintiff submitted the Graduate Student Application to gain admission to the Master of Science in Mechanical Engineering

and Applied Mechanics program, with specialization in Materials Engineering, effective the summer semester/term of 2016.

7. I was assigned to manage Plaintiff's Graduate Student Application into the Master of Science program. Attached hereto as **Exhibit A** is an email communication dated July 6, 2016, discussing my assignment and Plaintiff's application to enter the Master of Science program and attaching Plaintiff's Graduate Student Application, which was generated from the application software on July 5, 2016.

8. Plaintiff's Graduate Student Application was approved, and she officially switched to the Master of Science program effective summer of 2016.

9. On August 18, 2016, Plaintiff submitted a revised Memorandum of Courses. Attached hereto as **Exhibit B** is a true and correct copy of Plaintiff's Memorandum of Courses for admission to candidacy for the Master of Science program.

10. On or about August 12, 2017, Plaintiff graduated with Master of Science, majoring in Mechanical Engineering and Applied Mechanics, with specialization in Materials Engineering and minoring in Chemical Engineering. Attached hereto as **Exhibit C** is a true and correct copy of the Transcript and is the official UNL Graduate Academic Record (transcript) of Plaintiff.

11. I am familiar with the foregoing information and if called as a witness I would competently testify to each fact contained in this Declaration.

12. Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury that the foregoing is true and correct.

_____
Dr. Lily Wang

09/12/2023 | 14:35 CDT
_____
Date

4892-2422-6431, v. 1