IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA; and individuals TAMIKO STRICKMAN and JOHN ROE, individually and in their official capacities; and OTHER UNIDENTIFIED DEFENDANTS;<br><br>        Defendants. | Case No. 4:21-cv-03049<br><br>**DEFENDANTS'<br>MOTION FOR LEAVE TO FILE<br>RESTRICTED ACCESS DOCUMENTS** |

Defendants Board of Regents of the University of Nebraska ("BRUN"); and Tamiko Strickman ("Ms. Strickman"), collectively ("Defendants"), pursuant to NECivR 5.3(C)(1), move the court for leave to file restricted access documents in support of their Motion for Summary Judgment and Motion to Exclude Plaintiff's Experts and Strike ("Motions"). In support of this motion, Defendants state:

1.    On February 7, 2022, the Court entered a Protective Order that provides: "Discovery Material designated as 'CONFIDENTIAL' shall be provisionally filed under restricted access with the filing party's motion for leave to file restricted access documents." [Filing No. 32, ¶ 11].

2.    In support of Defendants' Motions and Briefs, Defendants are filing exhibits, including discovery material marked confidential, or documents that reflect information from materials marked confidentially—specifically, Exhibits A – C, F – Q, S – V.

3.    Such confidential discovery material is necessary evidence to support Defendants' arguments in support of their Motions.

4. Because the documents themselves are protected as confidential or reflect confidential information, redaction would insufficiently protect the documents as required by the Court's Protective Order.

5. The confidential documents have been provisionally filed under restricted access.

WHEREFORE, Defendants respectfully request leave of the Court to file restricted access documents (Exhibits A – C, F – Q, S – V) in support of their Motions.

Dated this 15th day of September, 2023.

        BOARD OF REGENTS OF THE
        UNIVERSITY OF NEBRASKA and
        TAMIKO STRICKMAN, Defendants.

By: /s/ Lily Amare
     Susan K. Sapp #19121
     Lily Amare #25735
     Cline Williams Wright
      Johnson & Oldfather, L.L.P.
     1900 U.S. Bank Building
     233 South 13th Street
     Lincoln, NE 68508
     (402) 474-6900
     ssapp@clinewilliams.com
     lamare@clinewilliams.com

     AND

     Bren H. Chambers, #23150
     Deputy General Counsel
     University of Nebraska
     3835 Holdrege Street
     Lincoln, NE 68583-0745
     (402) 472-1201
     bchambers@nebraska.edu

## CERTIFICATE OF SERVICE

      I hereby certify that on September 15, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this case as well as electronically transmitted.

                                         /s/ Lily Amare
                                         Lily Amare

4859-9240-0255, v. 1