IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE,<br><br>          Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA; and individuals TAMIKO STRICKMAN and JOHN ROE, individually and in their official capacities; and OTHER UNIDENTIFIED DEFENDANTS;<br><br>          Defendants. | **CASE NO. 4:21-CV-3049**<br><br><br>**UNOPPOSED MOTION TO STRIKE RESTRICTED DOCUMENTS AND REFILE CORRECTED EXHIBITS** |

      COME NOW Defendants Board of Regents of the University of Nebraska and Tamiko Strickman ("Defendants") by and through their undersigned counsel, and respectfully request that the Court enter an Order striking restricted documents found at Filing No. 80 and refile for the reason that the last five exhibits were mismarked in clerical error. Counsel for Defendants has conferred with counsel for Plaintiff who has represented that Plaintiff does not object to this Motion or the relief requested herein.

      WHEREFORE, Defendants respectfully request the Court grant their motion to strike restricted documents and refile corrected exhibits.

      DATED this 19th day of September, 2023.

BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA and TAMIKO STRICKMAN, Defendants.

By: /s/ Lily Amare
Susan K. Sapp #19121
Lily Amare #25735
Cline Williams Wright
  Johnson & Oldfather, L.L.P.
1900 U.S. Bank Building
233 South 13th Street
Lincoln, NE 68508
(402) 474-6900
ssapp@clinewilliams.com
lamare@clinewilliams.com

AND

Bren H. Chambers, #23150
Deputy General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
(402) 472-1201
bchambers@nebraska.edu

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this case as well as electronically transmitted.

/s/ Lily Amare
Lily Amare

4857-4037-5936, v. 1