UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE, | Case No. 4:21-cv-3049 |
| Plaintiff, | Hon. John M. Gerrard |
| v. | |
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA; and individuals TAMIKO STRICKMAN and JOHN ROE, individually and in their official capacities; and OTHER UNIDENTIFIED DEFENDANTS; | PLAINTIFF'S INDEX OF EVIDENCE IN SUPPORT OF BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE PLAINTIFF'S EXPERT WITNESSES |
| Defendants. | |

Plaintiff Jane Doe, by and through her undersigned counsel, respectfully submits this Index of Evidence in Support of her Brief in Opposition to Defendants' Motion to Exclude Expert Testimony of Plaintiff's Experts Andrew Verzilli, Lin-Chi Wang and Dr. Frank Ochberg, and Strike Dr. Ochberg ("Motion") filed by Defendants Board of Regents of the University of Nebraska ("Board") and Tamiko Strickman ("Strickman"), collectively "Defendants." ECF No. 76. Attached to this Index are true and correct copies of the following, to the extent the documents were not previously filed with this Court:

1. Declaration of Elizabeth Abdnour

    Exhibit 1:   Excerpts from the transcript of the Deposition of Lin-Chi Wang

    Exhibit 2:   Excerpts from the transcript of the Deposition of Andrew Verzilli

    Exhibit 3:   UNL Response to Allegations of Employee Sexual Misconduct

    Exhibit 4:   Excerpts from the transcript of the Deposition of Plaintiff Jane Doe

| | | |
|---|---|---|
| Exhibit 5: | | Excerpts from the transcript of the Deposition of Defendant Tamiko Strickman |
| Exhibit 6: | | Plaintiff's Curriculum Vitae |
| Exhibit 7: | | Email from Plaintiff to John Roe on June 26, 2016 |
| Exhibit 8: | | University of Nebraska-Lincoln Police reports and safety plan |

2. Declaration of Jane Doe

DATED: November 13, 2023               Respectfully submitted,

/s/ Karen Truszkowski                  /s/ Elizabeth K. Abdnour
Karen Truszkowski                      Elizabeth K. Abdnour
Bar Number: P56929 (MI)                Bar Numbers: 0081795 (OH), P78208 (MI)
TEMPERANCE LEGAL GROUP, PLLC           ABDNOUR WEIKER, LLP
503 Mall Court #131                    500 E. Michigan Ave., Ste. 130
Lansing, MI 48912                      Lansing, MI 48912
Phone: (844) 534-2560                  Phone: (517) 994-1776
Fax: (800) 531-6527                    Fax: (614) 7745-2001
Email: karen@temperancelegalgroup.com  Email: liz@education-rights.com

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2023, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic system.

/s/ Elizabeth K. Abdnour
Elizabeth K. Abdnour

2