# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE, | Case No. 4:21-cv-3049 |
| Plaintiff, | Hon. John M. Gerrard |
| v. | |
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA; and individuals TAMIKO STRICKMAN and JOHN ROE, individually and in their official capacities; and OTHER UNIDENTIFIED DEFENDANTS; | **PLAINTIFF'S MOTION FOR LEAVE TO FILE RESTRICTED ACCESS DOCUMENTS** |
| Defendants. | |

Plaintiff Jane Doe, pursuant to Neb. Civ. R. 5.3(C)(1), by and through undersigned counsel, respectfully moves the Court for leave to file restricted access documents in support of her Response in Opposition to Defendants' Motion for Summary Judgment and her Response in Opposition to Defendants' Motion to Exclude Plaintiff's Experts ("Motions"). In support of this motion, Plaintiff states:

1. On February 7, 2022, the Court entered a Protective Order that provides: "Discovery Material designated as 'CONFIDENTIAL' shall be provisionally filed under restricted access with the filing party's motion for leave to file restricted access documents." ECF No. 32, ¶ 11.

2. In support of Plaintiff's Briefs, Plaintiff is filing exhibits, including discovery material marked confidential, or documents that reflect information from materials marked confidentially—specifically, Exhibits 1-2 and 4-8.

3. Such confidential discovery material is necessary evidence to support Plaintiff's arguments in opposition to Defendants' Motions.

4. Because the documents themselves are protected as confidential or reflect confidential information, redaction would insufficiently protect the documents as required by the Court's Protective Order.

5. The confidential documents have been provisionally filed under restricted access.

WHEREFORE, Plaintiff respectfully requests leave of the Court to file restricted access documents (Exhibits 1-2 and 4-8) in opposition to Defendants' Motions.

DATED: November 13, 2023                                Respectfully submitted,

/s/ Karen Truszkowski                                   /s/ Elizabeth K. Abdnour
Karen Truszkowski                                       Elizabeth K. Abdnour
Bar Number: P56929 (MI)                                 Bar Numbers: 0081795 (OH), P78208 (MI)
TEMPERANCE LEGAL GROUP, PLLC                            ABDNOUR WEIKER, LLP
503 Mall Court #131                                     500 E. Michigan Ave., Ste. 130
Lansing, MI 48912                                       Lansing, MI 48912
Phone: (844) 534-2560                                   Phone: (517) 994-1776
Fax: (800) 531-6527                                     Fax: (614) 7745-2001
Email: karen@temperancelegalgroup.com                   Email: liz@education-rights.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2023, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic system.

/s/ Elizabeth K. Abdnour
Elizabeth K. Abdnour

2