IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JANE DOE,

          Plaintiff,

   vs.

BOARD OF REGENTS OF THE
UNIVERSITY OF NEBRASKA; and
individuals TAMIKO STRICKMAN and
JOHN ROE, individually and in their
official capacities; and OTHER
UNIDENTIFIED DEFENDANTS;

          Defendants.

Case No. 4:21-cv-03049

**UNOPPOSED
MOTION TO EXTEND DEADLINES**

COME NOW Defendants Board of Regents of the University of Nebraska and Tamiko Strickman ("Defendants") by and through their undersigned counsel, and pursuant to the Court's Civil Case Management Practices, respectfully request an Order continuing the deadline to file Reply Briefs in support of the Motion to Exclude Testimony on Daubert and related grounds and Motion for Summary Judgment from November 27, 2023 to December 18, 2023. In support hereof, Defendants state:

1.     Defendants' deadline to file Reply Briefs in Support of Motion to Exclude Testimony on Daubert and related grounds and Motion for Summary Judgment is currently November 27, 2023.

2.     Defendants are working diligently to prepare their Reply Briefs and related evidence. Defendants need additional time to complete such briefings.

3.     The enlargement of the time requested will not cause any undue hardship or prejudice to any party.

4.     Counsel for Defendants have consulted with counsel for Plaintiff on November 21, 2023, and state that counsel for Plaintiff does not oppose this motion.

WHEREFORE, Defendants respectfully request that this Court extend the deadlines to file the Reply Briefs in Support of the Motion to Exclude Testimony on Daubert and related grounds and Motion for Summary Judgment to December 18, 2023.

Dated this 22nd day of November, 2023.

BOARD OF REGENTS OF THE
UNIVERSITY OF NEBRASKA and
TAMIKO STRICKMAN, Defendants.

By:   /s/ Lily Amare
Susan K. Sapp #19121
Lily Amare #25735
Cline Williams Wright
  Johnson & Oldfather, L.L.P.
1900 U.S. Bank Building
233 South13th Street
Lincoln, NE 68508
(402) 474-6900
ssapp@clinewilliams.com
lamare@clinewilliams.com

and

Bren H. Chambers, #23150
Deputy General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
(402) 472-1201
bchambers@nebraska.edu

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this case.

/s/ Lily Amare
Lily Amare

4895-3901-6082, v. 1

2