IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA; and individuals TAMIKO STRICKMAN and JOHN ROE, individually and in their official capacities; and OTHER UNIDENTIFIED DEFENDANTS;<br><br>　　　　Defendants. | Case No. 4:21-cv-03049<br><br>**UNOPPOSED<br>MOTION TO EXTEND DEADLINES** |

　　　　COME NOW Defendants Board of Regents of the University of Nebraska and Tamiko Strickman ("Defendants") by and through their undersigned counsel, and pursuant to the Court's Civil Case Management Practices, respectfully request an Order continuing the deadline to file Reply Briefs in support of the Motion to Exclude Testimony on Daubert and related grounds and Motion for Summary Judgment from December 18, 2023, to January 2, 2024. In support hereof, Defendants state:

　　　　1.　　Defendants' deadline to file Reply Briefs in Support of Motion to Exclude Testimony on Daubert and related grounds and Motion for Summary Judgment is currently December 18, 2023.

　　　　2.　　Defendants are working diligently to prepare their Reply Briefs and related evidence. Defendants need additional time to complete such briefings.

　　　　3.　　The enlargement of the time requested will not cause any undue hardship or prejudice to any party.

　　　　4.　　Counsel for Defendants have consulted with counsel for Plaintiff on December 12, 2023, and state that counsel for Plaintiff does not oppose this motion.

WHEREFORE, Defendants respectfully request that this Court extend the deadlines to file the Reply Briefs in Support of the Motion to Exclude Testimony on Daubert and related grounds and Motion for Summary Judgment to January 2, 2024.

Dated this 13th day of December, 2023.

                                                BOARD OF REGENTS OF THE
                                                UNIVERSITY OF NEBRASKA and
                                                TAMIKO STRICKMAN, Defendants.

By:   /s/ Lily Amare
        Susan K. Sapp #19121
        Lily Amare #25735
        Cline Williams Wright
          Johnson & Oldfather, L.L.P.
        1900 U.S. Bank Building
        233 South 13th Street
        Lincoln, NE 68508
        (402) 474-6900
        ssapp@clinewilliams.com
        lamare@clinewilliams.com

                  and

Bren H. Chambers, #23150
Deputy General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
(402) 472-1201
bchambers@nebraska.edu

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this case.

                                                /s/ Lily Amare
                                                Lily Amare

4859-3889-9351, v. 1