UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JANE DOE,       Case No. 4:21-cv-3049

    Plaintiff,       HON. JOHN M. GERRARD

v.

BOARD OF REGENTS OF THE
UNIVERSITY OF NEBRASKA,
And individuals TAMIKO STRICKMAN,
SUSAN FOSTER, JUDY WALKER, JOHN ROE,
individually and in their official capacities, and
OTHER UNIDENTIFIED DEFENDANTS;

    Defendants.

_____/

## NOTICE OF APPEARANCE OF COUNSEL

Now comes the below undersigned counsel who gives notice that said attorney is entering an appearance in this matter as counsel for the Plaintiff. Please serve all further notices and copies of pleadings, papers, and other relevant material upon the undersigned.

Date:  December 13, 2023       Respectfully submitted,

    **s/Megan N. Mitchell**
    Megan N. Mitchell
    ABDNOUR WEIKER, LLC
    Attorney for Plaintiff
    500 E. Michigan Ave. Ste. 130
    Lansing, MI 48912
    517-994-1776
    megan@education-rights.com

## CERTIFICATE OF SERVICE

Megan N. Mitchell, being first duly sworn, deposes and states that on this 11th day of December, 2023, she caused to be served a copy of the foregoing document upon all counsel of record via the Court's electronic filing system.

**s/Megan N. Mitchell**

2