IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE,<br><br>                  Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA; and individuals TAMIKO STRICKMAN and JOHN ROE, individually and in their official capacities; and OTHER UNIDENTIFIED DEFENDANTS;<br><br>                  Defendants. | Case No. 4:21-cv-03049<br><br>**SUPPLEMENTAL INDEX OF EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND MOTION TO EXCLUDE AND STRIKE EXPERTS** |

Defendants Board of Regents of the University of Nebraska ("BRUN"); and Tamiko Strickman ("Ms. Strickman"), collectively ("Defendants"), submit this Supplemental Index of Evidence in support of their Motion for Summary Judgment and Motion to Exclude Expert Testimony and to Strike. Attached to this Index are true and correct copies of the following, to the extent the documents were not previously filed with this Court:

1. **Supplemental Declaration of Lily Wang.**

2. **Supplemental Declaration of Lily Amare:**

    **Exhibit W:** Complete transcript of Plaintiff's deposition, being filed confidentially.

    **Exhibit X:** Complete transcript of Andrew Verzilli, being filed confidentially.

    **Exhibit Y:** Excerpt of Strickman deposition, being filed confidentially.

    **Exhibit Z:** Plaintiff's Answers to Interrogatories, redacted for irrelevant portions and being filed confidentially.

    **Exhibit AA:** Plaintiff's Responses to Request for Production of Documents, redacted for irrelevant portions and being filed confidentially.

Dated this 2nd day of January, 2024.

                                        BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA and TAMIKO STRICKMAN, Defendants.

By: /s/ Lily Amare
     Susan K. Sapp #19121
     Lily Amare #25735
     Cline Williams Wright
      Johnson & Oldfather, L.L.P.
     1900 U.S. Bank Building
     233 South 13th Street
     Lincoln, NE 68508
     (402) 474-6900
     ssapp@clinewilliams.com
     lamare@clinewilliams.com

     AND

     Bren H. Chambers, #23150
     Deputy General Counsel
     University of Nebraska
     3835 Holdrege Street
     Lincoln, NE 68583-0745
     (402) 472-1201
     bchambers@nebraska.edu

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this case as well as electronically transmitted.

                                        /s/ Lily Amare
                                        Lily Amare

4856-2328-1562, v. 1