IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA; and individuals TAMIKO STRICKMAN and JOHN ROE, individually and in their official capacities; and OTHER UNIDENTIFIED DEFENDANTS;<br><br>Defendants. | Case No. 4:21-cv-03049<br><br>**DECLARATION OF DR. LILY WANG** |

I, Dr. Lily Wang, make this Declaration in lieu of an affidavit as permitted by 28 U.S.C. § 1746. I am aware that this Declaration will be filed in the United States District Court for the District of Nebraska and that it is the legal equivalent of a statement under oath.

1. I am over the age of 18 and competent in all respects to make this Declaration. The facts contained herein are based upon my personal knowledge.

2. I currently serve as the Director of Durham School of Architectural Engineering and Construction and Charles W. and Margre H. Durham Distinguished Professor at the University of Nebraska-Lincoln.

3. This Supplemental Declaration is offered as evidence in support of Defendants' Motion for Summary Judgment and Motion to Exclude Plaintiff's Experts.

4. Plaintiff was **not** on a Ph.D track after she switched to the Master of Science program in the summer of 2016.

5. After she switched to Master of Science program, Plaintiff did not apply to re-gain admission into any Ph.D. program.

6. At no time during her time at the University of Nebraska did Plaintiff submit a Program of Study for a Ph.D. program, which must be filed with Graduate Studies prior to

completion of half of the coursework for a Ph.D. program. A Program of Study is required for a candidacy for a Ph.D and must be approved by the appropriate committee.

7. Because Plaintiff was not pursuing any Ph.D program beginning summer of 2016, she would **not** have graduated from a Ph.D. program in 2018.

8. I am familiar with the foregoing information and if called as a witness I would competently testify to each fact contained in this Declaration.

9. Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury that the foregoing is true and correct.

_____
Dr. Lily Wang

January 2, 2024
Date

4887-3216-8856, v. 1