IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA; and individuals TAMIKO STRICKMAN and JOHN ROE, individually and in their official capacities; and OTHER UNIDENTIFIED DEFENDANTS;<br><br>        Defendants. | Case No. 4:21-cv-03049<br><br>**DEFENDANTS'<br>MOTION FOR LEAVE TO FILE<br>RESTRICTED ACCESS DOCUMENTS** |

Defendants Board of Regents of the University of Nebraska ("BRUN"); and Tamiko Strickman ("Ms. Strickman"), collectively ("Defendants"), pursuant to NECivR 5.3(C)(1), move the court for leave to file restricted access documents in support of their Motion for Summary Judgment and Motion to Exclude Plaintiff's Experts and Strike ("Motions"). In support of this motion, Defendants state:

    1.    On February 7, 2022, the Court entered a Protective Order that provides: "Discovery Material designated as 'CONFIDENTIAL' shall be provisionally filed under restricted access with the filing party's motion for leave to file restricted access documents." [Filing No. 32, ¶ 11].

    2.    In support of Defendants' Motions and Briefs, Defendants are filing exhibits, including discovery material marked confidential, or documents that reflect information from materials marked confidentially—specifically, Exhibits W, X, Y, Z, and AA.

    3.    Such confidential discovery material is necessary evidence to support Defendants' arguments in support of their Motions.

4.     Because the documents themselves are protected as confidential or reflect confidential information, redaction would insufficiently protect the documents as required by the Court's Protective Order.

5.     The confidential documents have been provisionally filed under restricted access.

WHEREFORE, Defendants respectfully request leave of the Court to file restricted access documents (Exhibits W, X, Y, Z, and AA) in support of their Motions.

Dated this 2nd day of January, 2024.

                                      BOARD OF REGENTS OF THE
                                    UNIVERSITY OF NEBRASKA and
                                    TAMIKO STRICKMAN, Defendants.

By:     /s/ Lily Amare
        Susan K. Sapp #19121
        Lily Amare #25735
        Cline Williams Wright
         Johnson & Oldfather, L.L.P.
        1900 U.S. Bank Building
        233 South 13th Street
        Lincoln, NE 68508
        (402) 474-6900
        ssapp@clinewilliams.com
        lamare@clinewilliams.com

                AND

        Bren H. Chambers, #23150
        Deputy General Counsel
        University of Nebraska
        3835 Holdrege Street
        Lincoln, NE 68583-0745
        (402) 472-1201
        bchambers@nebraska.edu

## CERTIFICATE OF SERVICE

      I hereby certify that on January 2, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this case as well as electronically transmitted.

                                                /s/ Lily Amare
                                                Lily Amare

4880-8972-8666, v. 1