UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

JANE DOE,

Plaintiff,

v.

BOARD OF REGENTS OF THE
UNIVERSITY OF NEBRASKA, and
individuals TAMIKO STRICKMAN, SUSAN
FOSTER, JUDY WALKER, JOHN ROE,
individually and in their official capacities,
and OTHER UNIDENTIFIED
DEFENDANTS,

Defendants.

Case No. 4:21-DV-3049
Chief Judge John M. Gerrard
Magistrate Judge Michael D. Nelson

---

Karen Truszkowski
TEMPERANCE LEGAL GROUP, PLLC
Attorney for Plaintiff
503 Mall Court #131
Lansing, MI 48912
(844) 534-2560 phone
(800)531-6527 fax
karen@temperancelegalgroup.com

Elizabeth K. Abdnour
Megan Mitchell
ABDNOUR WEIKER, LLP
Attorneys for Plaintiff
500 E. Michigan Ave, Ste. 130
Lansing, MI 48912
(517) 994-1776 phone
liz@education-rights.com
megan@education-rights.com

**MOTION TO WITHDRAW AS COUNSEL**

1

NOW COMES Attorney Karen Truszkowski, Counsel of Record for Plaintiff, and hereby requests that this Honorable Court permit the undersigned to withdraw as Counsel pursuant to NEGenR 1.3(f) for the following reasons:

1. Plaintiff's Counsel, Karen Truszkowski, respectfully requests that she be allowed to withdraw as Plaintiff's Counsel in the within matter.
2. Good cause exists to permit Counsel's withdrawal in the above-captioned matter.
3. Plaintiff has been notified of Counsel's request to withdraw and does not object.
4. Elizabeth Abdnour and Megan Mitchell, Co-Counsel on this matter, will remain as Counsel for Plaintiff. As such, there will not be any delay to the pending litigation.
5. Co-Counsel does not object to Counsel withdrawing from the within matter.

WHEREFORE, Karen Truszkowski respectfully requests that this Honorable Court allow her withdrawal from the instant matter.

Dated: February 2, 2024

/s/ *Karen Truszkowski*

Karen Truszkowski
TEMPERANCE LEGAL GROUP, PLLC
503 Mall Court #131
Lansing, MI 48912
(844) 534-2560 phone
(800) 531-6527 fax
karen@temperancelegalgroup.com

Dated: February 3, 2024

/s/ *Elizabeth K. Abdnour*

*Signed by Karen Truszkowski with permission of Elizabeth K. Abdnour*

Elizabeth K. Abdnour
Megan Mitchell
ABDNOUR WEIKER, LLP
Attorneys for Plaintiff
500 E. Michigan Ave, Ste. 130
Lansing, MI 48912
(517)-1776 phone
liz@education-rights.com
megan@education-rights.com

2