UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JANE DOE,

    Plaintiff,

v.

BOARD OF REGENTS OF THE
UNIVERSITY OF NEBRASKA,
And individuals TAMIKO STRICKMAN,
SUSAN FOSTER, JUDY WALKER, JOHN ROE,
individually and in their official capacities, and
OTHER UNIDENTIFIED DEFENDANTS;

    Defendants.

_____/

Case No. 4:21-cv-3049

HON. JOHN M. GERRARD

## **NOTICE OF CHANGE OF ADDRESS**

Pursuant to Local Civil Rule 11(a)(5), I, Elizabeth Abdnour, notify the Court that my address has changed as listed below:

    Old address:   500 E. Michigan Ave., Suite 130, Lansing, MI 48912

    New address:  325 E. Grand River Ave., Suite 250, East Lansing, MI 48823

My telephone number remains the same.

Date:  December 20, 2024

Respectfully submitted,

**/s/ Elizabeth K. Abdnour**
Elizabeth K. Abdnour
ABDNOUR WEIKER, LLP
Attorney for Plaintiff
325 E. Grand River Ave., Suite 250
East Lansing, MI 48823
517-994-1776
liz@education-rights.com

1

## CERTIFICATE OF SERVICE

I, Elizabeth K. Abdnour, counsel for Plaintiff, certify that on December 20, 2024, I filed this Notice by use of this Court's ECF system, which will serve copies to all counsel of record.

<em>/s/ Elizabeth K. Abdnour</em><br>Elizabeth K. Abdnour