IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, TAMIKO STRICKMAN, and individuals, individually and in their official capacities; JOHN ROE, and individuals, individually and in their official capacities; and OTHER UNIDENTIFIED DEFENDANTS,<br><br>Defendants. | **4:21CV3049**<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order entered today, judgment is entered in favor of Defendants and against Plaintiff. This case is dismissed with prejudice.

Dated this 3rd day of September, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge